**EPPSTEINER & FIORICA ATTORNEYS, LLP**
Stuart M. Eppsteiner (State Bar No. 098973)
sme@eppsteiner.com
Andrew J. Kubik (State Bar No. 246902)
ajk@eppsteiner.com
12555 High Bluff Dr., Ste. 155
San Diego, CA 92130
Tel. (858) 350-1500
Fax (858) 350-1501

Counsel for Plaintiffs and the Class

**WILLIS DePASQUALE LLP**
James M. Hansen, Esq. (State Bar No. 180177)
jhansen@wdlegal.net
Thomas M. Rutherford, Jr. Esq. (State Bar No. 192242)
trutherford@wdlegal.net
725 W. Town & Country Road, Suite 550
Orange, CA 92868

Counsel for Defendant,
BSH Home Appliances Corporation

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| DIANA TAIT and NANCY WENTWORTH, individually and on behalf of all others similarly situated,<br><br>PLAINTIFFS,<br><br>vs.<br><br>BSH HOME APPLIANCES CORPORATION, a Delaware Corporation,<br><br>DEFENDANT. | Case No. SACV10-711 CJC (ANx)<br><br>**NOTICE OF LODGING OF CORRECTED PROPOSED ORDER GRANTING JOINT STIPULATION REGARDING DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION PURSUANT TO LOCAL RULE 23-3**<br><br>*Case Assigned to:*<br><br>District Judge: Cormac J. Carney<br>Discovery Magistrate Judge: Arthur Nakazato |

1  TO THE COURT AND DEFENDANT'S ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE THAT: Attached hereto as Exhibit 1 is the
3  Corrected Proposed Order Granting Joint Stipulation Regarding Deadline to File
4  Motion for Class Certification Pursuant to Local Rule 23-3.

5      The Corrected Proposed reflects the following changes:

6      1. The due date for Plaintiff's Motion for Class Certification is changed from
7         January 26, 2010, to January 26, 2011; and

8      2. The Corrected Proposed Order makes Defendant's Opposition to the
9         Motion for Class Certification due 45 days after Plaintiffs file their Motion
10        for Class Certification, or on March 14, 2011 as stipulated in the Joint
11        Stipulation Regarding Deadline to File Motion for Class Certification
12        Pursuant to Local Rule 23-3.

13 DATED: October 1, 2010        EPPSTEINER & FIORICA ATTORNEYS, LLP

16 By: _____
17 Stuart M. Eppsteiner
    Andrew J. Kubik
18 Counsel for Plaintiffs and the Class

# EXHIBIT 1

1  **EPPSTEINER & FIORICA ATTORNEYS, LLP**
   Stuart M. Eppsteiner (State Bar No. 098973)
2  sme@eppsteiner.com
   Andrew J. Kubik (State Bar No. 246902)
3  ajk@eppsteiner.com
   12555 High Bluff Dr., Ste. 155
4  San Diego, CA 92130
   Tel. (858) 350-1500
5  Fax (858) 350-1501

6  Counsel for Plaintiffs and the Class

7  **WILLIS DEPASQUALE LLP**
   James M. Hansen, Esq. (State Bar No. 180177)
8  jhansen@wdlegal.net
   Thomas M. Rutherford, Jr. Esq. (State Bar No. 192242)
9  trutherford@wdlegal.net
   725 W. Town & Country Road, Suite 550
10 Orange, CA 92868

11 Counsel for Defendant,
   BSH Home Appliances Corporation
12

13

14              IN THE UNITED STATES DISTRICT COURT

15        CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

16 | DIANA TAIT and NANCY                | ) | Case No. SACV10-711 CJC (ANx)
17 | WENTWORTH, individually and on      | )
   | behalf of all others similarly situated, | ) | **CLASS ACTION**
18 |                                     | )
   |         PLAINTIFFS,                 | )
19 |                                     | ) | ***CORRECTED*** **[PROPOSED]**
   |         vs.                         | ) | **ORDER GRANTING JOINT**
20 |                                     | ) | **STIPULATION REGARDING**
   | BSH HOME APPLIANCES                 | ) | **DEADLINE TO FILE MOTION**
21 | CORPORATION, a Delaware             | ) | **FOR CLASS CERTIFICATION**
   | Corporation,                        | ) | **PURSUANT TO LOCAL RULE**
22 |                                     | ) | **23-3**
   |         DEFENDANT.                  | )
23 |                                     | ) | ***Case Assigned to:***
24 |                                     | ) | District Judge: Cormac J. Carney
   |                                     | ) | Discovery Magistrate Judge: Arthur
25 |                                     | ) | Nakazato

26

27

28

---

***CORRECTED*** [PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING DEADLINE TO FILE
MOTION FOR CLASS CERTIFICATION

## ORDER

The Court has read and considered the parties' Joint Stipulation Regarding the Deadline to File Motion for Class Certification Pursuant to Local Rule 23-3 and the Declaration of Stuart M. Eppsteiner. **GOOD CAUSE APPEARING**, it is ORDERED that L.R. 23-3, which would require Plaintiffs to file their motion for class certification within 90 days of serving their complaint on Defendant, shall not apply to Plaintiffs' motion for class certification in this matter and Plaintiffs shall file their Motion for Class Certification on January 26, 2011 and Defendant shall file its Opposition to the Motion for Class Certification on March 14, 2011.

DATED: _____, 2010

_____
Cormac J. Carney – Courtroom 9B
Judge, United Stated District Court