1 | **EPPSTEINER & FIORICA ATTORNEYS, LLP**
Stuart M. Eppsteiner (State Bar No. 098973)
2 | sme@eppsteiner.com
Andrew J. Kubik (State Bar No. 246902)
3 | ajk@eppsteiner.com
12555 High Bluff Dr., Ste. 155
4 | San Diego, CA 92130
Tel. (858) 350-1500
5 | Fax (858) 350-1501

6 | Counsel for Plaintiffs and the Class

7 | **WILLIS DePASQUALE LLP**
James M. Hansen, Esq. (State Bar No. 180177)
8 | jhansen@wdlegal.net
Thomas M. Rutherford, Jr. Esq. (State Bar No. 192242)
9 | trutherford@wdlegal.net
725 W. Town & Country Road, Suite 550
10 | Orange, CA 92868

11 | Counsel for Defendant,
BSH Home Appliances Corporation

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| DIANA TAIT and NANCY WENTWORTH, individually and on behalf of all others similarly situated, | Case No. SACV10-711 CJC (ANx) **CLASS ACTION** |
| PLAINTIFFS, | |
| vs. | ***CORRECTED*** [~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION REGARDING DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION PURSUANT TO LOCAL RULE 23-3** |
| BSH HOME APPLIANCES CORPORATION, a Delaware Corporation, | |
| DEFENDANT. | *Case Assigned to:* District Judge: Cormac J. Carney Discovery Magistrate Judge: Arthur Nakazato |

# ORDER

The Court has read and considered the parties' Joint Stipulation Regarding the Deadline to File Motion for Class Certification Pursuant to Local Rule 23-3 and the Declaration of Stuart M. Eppsteiner. **GOOD CAUSE APPEARING**, it is ORDERED that L.R. 23-3, which would require Plaintiffs to file their motion for class certification within 90 days of serving their complaint on Defendant, shall not apply to Plaintiffs' motion for class certification in this matter and Plaintiffs shall file their Motion for Class Certification on January 26, 2011 and Defendant shall file its Opposition to the Motion for Class Certification on March 14, 2011.

DATED: October 07, 2010

_____
Cormac J. Carney – Courtroom 9B
Judge, United Stated District Court

*CORRECTED* [PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION