**EPPSTEINER & FIORICA ATTORNEYS, LLP**
Stuart M. Eppsteiner (State Bar No. 098973)
sme@eppsteiner.com
Andrew J. Kubik (State Bar No. 246902)
ajk@eppsteiner.com
12555 High Bluff Dr., Ste. 155
San Diego, CA  92130
Tel. (858) 350-1500
Fax (858) 350-1501

**WEISS & LURIE**
Jordan L. Lurie (SBN 130013)
jlurie@weisslurie.com
Zev B. Zysman (SBN 176805)
zzysman@weisslurie.com
Joel E. Elkins (SBN 256020)
jelkins@weisslurie.com
10940 Wilshire Boulevard, Suite 2300
Los Angeles, CA  90024
Tel. (310) 208-2800
Fax (310) 209-2348

**FREED & WEISS LLC**
Eric D. Freed (SBN 162546)
George K. Lang (*pro hac* forthcoming)
111 West Washington Street
Suite 1331
Chicago, IL  60602
Tel. (312) 220-0000
Fax (312) 220-7777

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| DIANA TAIT and NANCY WENTWORTH, individually and on behalf of all others similarly situated,<br><br>PLAINTIFFS,<br><br>vs.<br><br>BSH HOME APPLIANCES CORPORATION, a Delaware Corporation,<br><br>DEFENDANT.<br><br>BEVERLY GIBSON and SHARON COBB, individually and on behalf of all others similarly situated,<br><br>PLAINTIFFS, | Case No. SACV10-711 CJC (ANx)<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO CONSOLIDATE RELATED CASES AND TO APPOINT INTERIM LEAD COUNSEL**<br><br>**DATE:** **JANUARY 3, 2011**<br>**TIME:** **1:30 P.M.**<br>**COURTROOM: 9B**<br><br>**JUDGE: HON. CORMAC J. CARNEY** |

0
PLAINTIFFS' MOTION TO CONSOLIDATE RELATED CASES AND APPOINT INTERIM LEAD COUNSEL
156800

|   |   |
|---|---|
| vs. | ) |
|  | ) |
| BSH HOME APPLIANCES | ) |
| CORPORATION, a Delaware | ) |
| Corporation, | ) |
|  | ) |
|             DEFENDANT. | ) |
|  | ) |
|  | ) |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on January 3, 2011 at 1:30 p.m., or as soon as counsel may be heard in Department 9-B of the United States Courthouse located at 411 W. Fourth Street, Santa Ana, California, pursuant to Fed. R. Civ. P. 42, Plaintiffs Diana Tait, Nancy Wentworth, Beverly Gibson and Sharon Cobb ("Plaintiffs") will, and hereby do, move to consolidate all related actions against Defendant BSH Home Appliances Corporation ("BSH" or "Bosch") pending in this District Court, to approve Plaintiffs' choice of counsel as Plaintiffs' Interim Co-Lead Counsel, and to order the filing of a Consolidated Amended Complaint.

**This Motion is made following the conference of counsel pursuant to Local Rule 7-3 which began on November 15, 2010 via correspondence.**

This Motion is based upon this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the Declarations of Stuart. M. Eppsteiner, Jordan L. Lurie, and Paul Weiss, the pleadings and other files herein, and such other written and oral argument as may be permitted by the Court at the time of the hearing.

---

1

PLAINTIFFS' MOTION TO CONSOLIDATE RELATED CASES AND APPOINT INTERIM LEAD COUNSEL
156800

| | |
|---|---|
| 1  DATED: December 6, 2010 | **EPPSTEINER & FIORICA ATTORNEYS, LLP** |
| 2 | Stuart M. Eppsteiner |
|   | Andrew J. Kubik |
| 3 | |
| 4 | /s/ Stuart M. Eppsteiner |
| 5 | By: Stuart M. Eppsteiner |
|   | 12555 High Bluff Drive |
| 6 | Suite 155 |
|   | San Diego, CA 92130 |
| 7 | Tel: (858) 350-1500 |
|   | Fax: (858) 350-1501 |
| 8 | |
|   | *Tait Counsel* |
| 9 | |
| 10 | **WEISS & LURIE** |
|   | Jordan L. Lurie |
| 11 | Zev B. Zysman |
|   | Joel E. Elkins |
| 12 | |
| 13 | /s/ Jordan L. Lurie |
| 14 | By:  Jordan L. Lurie |
|   | 10940 Wilshire Boulevard |
| 15 | Suite 2300 |
|   | Los Angeles, CA  90024 |
| 16 | Tel. (310) 208-2800 |
|   | Fax (310) 209-2348 |
| 17 | |
| 18 | **FREED & WEISS LLC** |
|   | Eric D. Freed |
| 19 | George K. Lang |
| 20 | |
|   | /s/ Eric D. Freed |
| 21 | |
| 22 | By: Eric D. Freed |
|   | 111 West Washington Street |
| 23 | Suite 1331 |
|   | Chicago, Illinois 60602 |
| 24 | Tel. (312) 220-0000 |
|   | Fax (312) 220-7777 |
| 25 | |
|   | *Gibson Counsel* |
| 26 | |
|   | *Counsel for Plaintiffs and the Class* |
| 27 | |
| 28 | |