UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No. SACV 10-00711-CJC(ANx)            Date: December 20, 2010

Title: <u>DIANA TAIT and NANCY WENTOWRTH, etc. v BSH HOME APPLIANCES CORP.,</u>
========================================================================

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

<u>Michelle Urie</u>            <u>   N/A   </u>
Deputy Clerk            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

None Present            None Present

**PROCEEDINGS:  (IN CHAMBERS) ORDER DENYING *EX PARTE* APPLICATION FOR CONTINUANCE OF DATE FOR ISSUANCE OF SCHEDULING ORDER**  [filed 12/13/10]

    Defendant's *ex parte* application to continue the date for issuance of a scheduling order is **DENIED**.  Defendant has not shown the exigent circumstances required for ex parte relief.  To the contrary, Plaintiffs' opposition indicates that it would be beneficial for counsel to meet and confer as required by Federal Rule of Civil Procedure 26(f).

CJC/lcs

MINUTES FORM 11
CIVIL-GEN            Initials of Deputy Clerk <u>  MU  </u>