1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| DIANA TAIT and NANCY WENTWORTH, individually and on behalf of all others similarly situated, <br><br> PLAINTIFFS, <br><br> vs. <br><br> BSH HOME APPLIANCES CORPORATION, a Delaware Corporation, <br><br> DEFENDANT. <br><br> BEVERLY GIBSON and SHARON COBB, individually and on behalf of all others similarly situated, <br><br> PLAINTIFFS, <br><br> vs. <br><br> BSH HOME APPLIANCES CORPORATION, a Delaware Corporation, <br><br> DEFENDANT. | Case No. SACV10-711-CJC(ANx) <br><br> **CLASS ACTION** <br><br> [**PROPOSED**] ORDER APPOINTING INTERIM LEAD COUNSEL <br><br> *Case Assigned to*: <br><br> District Judge: Cormac J. Carney <br> Discovery Magistrate Judge: Arthur Nakazato |

---

0
ORDER APPOINTING INTERIM LEAD COUNSEL
159806

Having considered the Parties' briefs and declarations filed in support and in opposition to Plaintiffs' Motion for Consolidation and Appointment of Interim Co-Lead Counsel, as well as the Parties' briefing on the issue of appointment of interim lead counsel, AND GOOD CAUSE APPEARING, the law firm of Eppsteiner & Fiorica Attorneys, LLP is appointed interim lead counsel for Plaintiffs.

**IT IS SO ORDERED.**

DATED: January 31, 2011   _____

THE HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

---

1
ORDER APPOINTING INTERIM LEAD COUNSEL

159806