**AMENDED**
**February 2, 2011**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 10-0711-CJC(ANx) | Date | January 24, 2011 |
|---|---|---|---|
| Title | Diana Tait, et al v. BSH Home Appliances Corporation | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|

| Michelle Urie | Maria Dellaneve |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Stuart M. Eppsteiner | Thomas M. Rutherford, Jr. |
| Jordan L. Lurie | James M. Hansen |
| George K. Lang | |

**Proceedings:**   PLAINTIFF'S MOTION TO APPOINT INTERIM LEAD COUNSEL (fld 12/6/10)

      Motion hearing held.  Court confers with counsel.  Court hears oral argument and grants Plaintiff's motion to appoint interim lead counsel.  Mr. Eppsteiner to prepare and file a proposed order.  Mr. Eppsteiner informs the Court of a joint stipulation vacating the date by which Plaintiffs must file their motion for class certification.  Court grants the stipulation and vacates the current date.  Court confers further with counsel regarding the Court's procedures for issuing a scheduling order.  Counsel to meet and confer and prepare and file a proposed briefing and case management schedule.

                      :   15

Initials of Preparer   mu