[Stamps: LODGED - SOUTHERN DIVISION, CLERK, U.S. DISTRICT COURT, JUN -3 2011, CENTRAL DISTRICT OF CALIFORNIA, BY ___ DEPUTY]

[Stamp: FILED - SOUTHERN DIVISION, CLERK, U.S. DISTRICT COURT, JUN -7 2011, CENTRAL DISTRICT OF CALIFORNIA, BY ___ DEPUTY]

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

SHARON COBB, BEVERLY GIBSON, TRISH ISABELLA, DIANA TAIT and NANCY WENTWORTH, individually and on behalf of all others similarly situated,

    PLAINTIFFS,

vs.

BSH HOME APPLIANCES CORPORATION, a Delaware Corporation,

    DEFENDANT.

Case No. SACV10-711 ~~CJC~~ DOC (ANx)
*(Consolidated with Case No. SACV10-01562 CJC (FFMx) )*

**[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' SECOND AMENDED CONSOLIDATED COMPLAINT AND EXHIBITS 2, 7 AND 8 OF THE SECOND CONSOLIDATED AMENDED COMPLAINT PURSUANT TO LOCAL RULE 79-5**

Judge: Hon. David O. Carter

///
///
///
///
///

- 1 -

Pursuant to Local Rule 79-5 of the United States District Court for the Central District of California and the Court's March 28, 2011 Order Regarding Use of Confidential Documents and Information ("Protective Order"), Plaintiffs' application to file under seal portions of Plaintiffs' Second Consolidated Amended Complaint and Exhibits 2, 7 and 8 to the Second Consolidated Amended Complaint ("Confidential Materials"), is hereby GRANTED.

The Confidential Materials include materials that defendant BSH Home Appliances has designated as "Confidential" pursuant to the Protective Order. Accordingly, the Court orders that the Confidential Materials be filed under seal. The clerk shall maintain redacted versions of the above documents available to the public.

~~IF DENIED:~~

~~Plaintiffs' Second Amended Complaint and the exhibits thereto shall be filed but not under seal.~~

**IT IS SO ORDERED.**

DATED: June 07, 2011

_____
The Hon. David O. Carter
United States District Judge