**EPPSTEINER & FIORICA ATTORNEYS, LLP**
Stuart M. Eppsteiner (SBN 098973)
sme@eppsteiner.com
Andrew J. Kubik (SBN 246902)
ajk@eppsteiner.com
Zelekha Amirzada (SBN 250419)
za@eppsteiner.com
12555 High Bluff Dr., Ste. 155
San Diego, CA 92130
Tel. (858) 350-1500
Fax (858) 350-1501

Interim Lead Counsel for Plaintiffs Nancy Wentworth, Beverly Gibson, Trish Isabella and Diana Tait

Additional counsel listed on signature page

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SHARON COBB, BEVERLY GIBSON, TRISH ISABELLA, DIANA TAIT, NANCY WENTWORTH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BSH HOME APPLIANCES CORPORATION, a Delaware Corporation,<br><br>Defendant. | Case No. SACV10-711 DOC (ANx)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br>Hearing Date: September 5, 2012<br>Time: 8:30 a.m.<br>Place: Courtroom 9D<br><br>*Assigned to:*<br>District Judge: David O. Carter<br>Discovery Magistrate Judge: Arthur Nakazato |

TO DEFENDANT AND ITS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on September 5, 2012 at 8:30 a.m., or as soon thereafter as the matter can be heard in Courtroom 9D of the United States District Court, Central District of California, Southern Division, located at 411 W. Fourth

- 1 -

Street, #1053, Santa Ana, CA 92701, Plaintiffs Beverly Gibson, Trish Isabella, Diana Tait, and Nancy Wentworth will, and hereby do, move this Court for an order certifying this action to proceed as a class action under Federal Rule of Civil Procedure 23 as follows:

**California Class:** All persons who purchased a Washer (defined as Bosch and Siemens brand 27" Front-Loading Automatic Washers) in California for primarily personal, family or household purposes, and not for resale, in California, excluding (1) BSH Home Appliances Corporation ("Bosch"), any entity in which Bosch has a controlling interest, and its legal representatives, officers directors, employees, assigns, and successors; (2) Washers purchased through Bosch's Employee Purchase Program; (3) the Judge to whom this case is assigned, any member of the Judge's staff, and any member of the Judge's immediate family; (4) persons or entities who distribute or resell the Washers; (5) government entities; and (6) claims for personal injury, wrongful death, and/or emotional distress.

**Illinois Class:** All persons who purchased a Washer (defined as Bosch and Siemens brand 27" Front-Loading Automatic Washers) in Illinois for primarily personal, family or household purposes, and not for resale, in Illinois, excluding (1) BSH Home Appliances Corporation ("Bosch"), any entity in which Bosch has a controlling interest, and its legal representatives, officers directors, employees, assigns, and successors; (2) Washers purchased through Bosch's Employee Purchase Program; (3) the Judge to whom this case is assigned, any member of the Judge's staff, and any member of the Judge's immediate family; (4) persons or entities who distribute or resell the Washers; (5) government entities; and (6) claims for personal injury, wrongful death, and/or emotional distress.

**Maryland Class:** All persons who purchased a Washer (defined as Bosch and Siemens brand 27" Front-Loading Automatic Washers) in Maryland for primarily personal, family or household purposes, and not for resale, in Maryland, excluding (1) BSH Home Appliances Corporation ("Bosch"), any entity in which Bosch has a

controlling interest, and its legal representatives, officers directors, employees, assigns, and successors; (2) Washers purchased through Bosch's Employee Purchase Program; (3) the Judge to whom this case is assigned, any member of the Judge's staff, and any member of the Judge's immediate family; (4) persons or entities who distribute or resell the Washers; (5) government entities; and (6) claims for personal injury, wrongful death, and/or emotional distress.

**New York Class:** All persons who purchased a Washer (defined as Bosch and Siemens brand 27" Front-Loading Automatic Washers) in New York for primarily personal, family or household purposes, and not for resale, in New York, excluding (1) BSH Home Appliances Corporation ("Bosch"), any entity in which Bosch has a controlling interest, and its legal representatives, officers directors, employees, assigns, and successors; (2) Washers purchased through Bosch's Employee Purchase Program; (3) the Judge to whom this case is assigned, any member of the Judge's staff, and any member of the Judge's immediate family; (4) persons or entities who distribute or resell the Washers; (5) government entities; and (6) claims for personal injury, wrongful death, and/or emotional distress.

Plaintiffs further motion this Court to certify Plaintiffs as the class representatives for their respective States of residence, and their Interim Lead Counsel, Stuart M. Eppsteiner and Andrew J. Kubik of Eppsteiner & Fiorica Attorneys, LLP as lead Class Counsel, as well as Richard Burke of Complex Litigation Group LLC, Daniel Levin of Levin Fishbein, Sedran & Berman, and Jordan Lurie of Weiss & Lurie as additional Class Counsel.

The basis of Plaintiffs' motion for certification of four statewide classes are more fully set forth in the supporting Memorandum of Points and Authorities, Plaintiffs state as follows:

1. Each Class is so numerous that joinder of all members State Class members is impracticable.

2. There are questions of law and fact common to each State Class that predominate over any questions solely affecting individual members of the each State Class.

3. There are questions of law and fact common between all of the Classes that can efficiently be resolved in a single trial.

4. Each Proposed Class Representative's claims are typical of the claims of the members of the Class they seek to represent.

5. Plaintiffs will fairly and adequately protect the interest of the members of the State Class they propose to serve as a class representative and have retained counsel competent and experienced in class actions and consumer litigation. No Plaintiff has interests antagonistic to or in conflict with the members of the State Class they propose to represent.

6. Common questions of law and fact predominate over individual issues in this case.

7. A class action is superior to other available methods for the fair and efficient adjudication of this controversy.

8. This case is manageable as a class action.

Plaintiffs' motion will be based on this Notice of Motion and Motion, Memorandum of Points and Authorities in support thereof, the Declarations of Stuart M. Eppsteiner, Andrew J. Kubik, Chin S. Yang, Ph.D., Brian D. Clark, P.E., the expert report of Brian D. Clark, P.E., Representative Plaintiffs' Declarations, the pleadings and papers on file with the Court, evidence proffered and judicial notice of matters, and upon any other such matters as may be presented to the Court in Plaintiffs' Reply, other supporting briefs that may be presented at the time of the hearing of the noticed motion for class certification.

**This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place in person on April 23, 2012 and through emails and letters on April 24, 25 and 27, 2012.**

| | | |
|---|---|---|
| 1 | DATED: May 16, 2012 | **EPPSTEINER & FIORICA ATTORNEYS, LLP** |
| 2 | | Stuart M. Eppsteiner (SBN 098973) |
| 3 | | sme@eppsteiner.com |
| | | Andrew J. Kubik (SBN 246902) |
| 4 | | ajk@eppsteiner.com |
| 5 | | |
| 6 | | |
| 7 | | By: Stuart M. Eppsteiner |
| | | 12555 High Bluff Drive, Ste. 155 |
| 8 | | San Diego, CA 92130 |
| | | Tel: (858) 350-1500 |
| 9 | | Fax: (858) 350-1501 |

**WEISS & LURIE**
Jordan L. Lurie (SBN 130013)
jlurie@weisslurie.com
Leigh Parker
lparker@weisslurie.com (SBN 170656)
10940 Wilshire Blvd., Suite 2300
Los Angeles, CA 90024
Tel. (310) 208-2800
Fax (310) 209-2348

**Complex Litigation Group LLC**
Richard Burke (Admitted *pro hac vice*)
rich@complexlitgroup.com
513 Central Avenue, Suite 300
Highland Park, IL 60035
Tel. (847) 433-4500
Fax (847) 433-2500

**LEVIN, FISHBEIN, SEDRAN &BERMAN**
Daniel C. Levin
(Admitted *pro hac vice*)
dlevin@lfsblaw.com
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel. (215) 592-1500

*Counsel for Plaintiffs and the Proposed Classes*