JAMES M. HANSEN, ESQ. (SBN 180177)
THOMAS M. RUTHERFORD, JR., ESQ. (SBN 192242)
**WILLIS DEPASQUALE, LLP**
725 W. Town & Country Road, Suite 550
Orange, California 92868
Tel     :     (714) 544-6000
Fax     :     (714) 544-6202
Email  :     jhansen@wdlegal.net
Email  :     trutherford@wdlegal.net

Attorneys for Defendant,
**BSH HOME APPLIANCES CORPORATION**

## IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| SHARON COBB, BEVERLY GIBSON, TRISH ISABELLA, DIANA TAIT, NANCY WENTWORTH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BSH HOME APPLIANCES CORPORATION, a Delaware Corporation,<br><br>Defendant. | Case No. SACV10-711-DOC (ANx)<br><br>**DECLARATION OF RONALD E. GOTS, M.D., PH.D., DABT, IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION**<br><br>**Date         :   SEPTEMBER 5, 2012**<br>**Time         :   9:00 A.M.**<br>**Courtroom  :   9D**<br><br>*Assigned to*<br>U.S. District Judge: David O. Carter<br>Courtroom 9D<br><br>Discovery Magistrate Judge: Arthur Nakazato |

## DECLARATION OF RONALD E. GOTS, M.D., PH.D., DABT

I, Ronald E. Gots, declare as follows

**QUALIFICATIONS**

1.   I am a physician and toxicologist. I am board certified by the American Board of Toxicology (DABT).  I received an AB degree in chemistry from the University of Pennsylvania and a medical degree (MD) from the University of Pennsylvania School of Medicine.  I completed an internship at the Johns Hopkins Hospital and I completed a Fellowship year in General Surgery at the Harbor UCLA Medical Center   I received my doctoral degree (PhD) in pharmacology from the University of Southern California School of Medicine.  A true and correct copy of my curriculum vitae is attached as Exhibit A to this declaration. My C.V  contains a list of publications that I have authored, covering the last ten years or more.

2.   For over thirty years I have specialized extensively in the determination of cause and effect relationships of injuries and illnesses allegedly arising from a variety of environmental exposures including chemical, mold and bacterial exposures.  I have published broadly on the subject of causation, having written a number of articles and book chapters on this topic.  I have lectured to physicians, nurses, medical students, attorneys and judges on the generally-recognized method of causation assessment.  I have testified in many dozens of cases in the United States.  My testimony has been accepted by Federal and State Courts throughout the United States.

3.   For the past fifteen years, I have been greatly involved in indoor mold and other biological agent matters, including many homes, housing developments, residential buildings, nursing homes, assisted living facilities, office buildings, hotels, and governmental facilities such as schools and courthouses.  I have been involved in investigations, remediation decisions, and determinations of health risks to individuals such as workers, residents, and building occupants.

4   I have also conducted over 300 clinical evaluations including history and physical of persons who were concerned about adverse health effects due to

DECLARATION OF RONALD E. GOTS, M.D , PH.D., DABT, IN OPPOSITION TO MOTION
FOR CLASS  CERTIFICATION                                    SACV10-711-DOC (ANx)

exposures to mold, fungi, and/or bacteria. I have seen the breadth of health complaints often associated with perceptions of such exposure. As I will discuss in greater detail below, there is a major amount of misinformation that has been presented to the public regarding the health effects of mold and bacteria.

5. I have professional experience working directly with bacteria in laboratory research and in consultations regarding bacteria, mold, and biofilms. I have published peer-reviewed papers reporting on bacteria and mold.

6. I have personal knowledge of the matters asserted herein and if called upon to testify as a witness I could competently testify thereto. My hourly rate is $490.

**OVERVIEW OF WORK AND CONCLUSIONS**

7 The primary work I performed in this case was to determine whether the presence of mold, bacteria, fungi, and/or biofilm in BSH front load washers presents a health and safety risk of a medically significant or substantial nature;

8. As I will explain in detail below, there is no reasonable basis to anticipate any health or safety risk associated with the BSH washers used by the four class representatives, or the BSH front load washers in general. It is plainly evident that any exposure to the type, quantity, location of any microorganisms found within the class representatives' washers do not present a health or safety risk.

**THE NATURE AND PREVALENCE OF MOLD, BACTERIA & BIOFILM**
**A. Mold**

9. The Fungal kingdom, one of the seven kingdoms of life, includes molds, yeasts and mushrooms, comprising approximately 25% of the mass of all living organisms on Earth. The general term "fungi" covers a wide range of organisms with certain features in common. There are thousands of mold genera and numerous species within each genus. There are about 72,000 currently-accepted fungal species; it is estimated that the total may be 1.5 million or more.

10.     Mold is a term often used, in common parlance, synonymously with fungus.  Fungi are an essential part of the ecosystem.  In nature, fungi break down organic material, e.g., leaves, and dead trees, and return their basic chemical constituents to the earth to provide renewed nutrients for new growth.  We use molds and yeast to make cheeses, bread, beer and numerous other foodstuffs.  In addition, approximately 120 prescription medication including Penicillin and Lipitor are made from toxins produced by mold (mycotoxins).

11      Molds/fungi are ubiquitous in the environment.  they exist naturally in air, soil and water.  Human exposure to molds and other fungi and their spores is unavoidable in everyday life.  Without intentionally sterilizing and sealing an environment, a "mold-free" indoor environment is not possible.  Even in sterile hospital operating rooms, levels may be low, but they are never zero.

12.     There are diverse seasonal variations and wide ranges of climactic and geographic locations which determine what kinds and what levels of mold are found outdoors.  During snowbound winters, the levels are low   In southern climates and in more northern climates in spring, summer and fall, outdoor levels can be quite high: far higher than ever found indoors.   These seasonal and geographical changes in outdoor concentrations can influence the amount of molds detected in indoor ambient air in any given location. (Shelton, et al. 2002)  The National Allergy Bureau (NAB) of the American Academy of Allergy, Asthma and Immunology regularly reports and publishes total mold counts at select locations throughout the United States.  Seasonal and geographic variation can be extreme.

13      Mold can be detected at varying concentrations in indoor ambient air, in dust, or on surfaces, in all commercial and residential structures   Molds are found in particularly heavy concentrations in gardening materials such as composts and in natural environments such as woodland areas and farms.  Indoor levels of mold, bacteria, and their products are impacted by the presence of such things as

1   carpeting, pets, houseplants, and even children.

2       14.   The prevalence of mold in our everyday lives is made evident by

3   looking at the homes of the class representatives. Attached hereto as Exhibit B are

4   photos of Ms Isabella's home in upstate New York showing substantial vegetation

5   around her home, accumulations of grass clippings in her front yard and street, and

6   an unkempt swimming pool covered with biological growth next door   Attached

7   hereto as Exhibit C are photos from Ms. Tait's home showing a fish tank with

8   greenish cloudy water containing obvious biofilm adjacent to her BSH washer and

9   vegetation surrounding her home.   Attached hereto as Exhibit D are photos from

10   Ms. Wentworth's home showing large trees and vegetation in the area of the front

11   door to her home. All of the class representatives own pets that spend time inside

12   their homes. All of these things are sources of mold, fungi, and endotoxins.  The

13   purpose of highlighting these photographs and testimony is to provide some

14   context to the discussion that will follow regarding any purported adverse exposure

15   to mold in washing machines.

16       15.   We live in a microbiological world, therefore in order for bacteria or

17   mold or their chemical products to supplement any health risks already present by

18   virtue of the prevalence of these agents in everyday life, a washing machine would

19   presumably have to expand this background exposure by nature or amount in a

20   clinically-significant manner. Moreover, to consider washing machine owners as a

21   class, one would have to falsely presume that this addition to their bioflora will be

22   uniform in all homes of these washing machine owners and that the risks to those

23   using the machines will also be uniform. To the extent that even theoretical risks

24   may exist, those will vary profoundly from machine to machine and person to

25   person.

26       16.   *Aspergillus, Penicillium* and *Cladosporium* genera are commonly

27   detected in both the indoor and outdoor air. Molds are introduced into the indoor

28   environment through natural sources (open windows and doors) and mechanical

DECLARATION OF RONALD E. GOTS, M.D., PH.D., DABT, IN OPPOSITION TO MOTION
FOR CLASS  CERTIFICATION              SACV10-711-DOC (ANx)

1  ventilation systems.  They are also brought indoors on individuals' shoes and
2  clothing, as well as by pets.  Concentrations of molds and mold spores are always
3  floating about in the indoor ambient air and settle in the dust because they came in
4  from outdoors.

5          17.    When people go outdoors, their clothing and skin encounter all sorts
6  of airborne particulates including mold spores.  Walking in the park, working in
7  the garden, mowing the lawn, driving with the windows open, playing golf, or
8  sitting on an outdoor patio are examples of things we do that cause mold spores,
9  including *Aspergillus fumigatus*, not only to attach to our clothing and skin, but
10 also to enter our bodies when breathing.  Studies show that *Aspergillus fumigatus*
11 is routinely found in outdoor and indoor air, that we all inhale many hundreds of
12 spores of this mold each day and that the average level of this mold in the oudoor
13 air throughout the year of one studied city (St. Louis) is about 14 spores/m3.
14 (Latge 199, Latge 2001, Haines 1995, Mullins, 1984)

15         18    All homes contain mold which has been brought in from outdoors:
16 some of it is not growing, but some of it is growing.  Most homes, for example,
17 have some mold growing between exterior and interior walls, because exterior
18 walls and roofs are never fully water-tight.  We are all familiar with mold that
19 grows in bathrooms which we oftentimes treat with Clorox®, Tilex®, or other
20 common mildewicides.  Basements are often damp and have some mold growth,
21 attics may be as well.  In homes, the number of people and pets is a key factor in
22 the amount of indoor mold present.  So, too, is the quality and frequency of
23 housekeeping.  The presence of plants and pets all influence mold levels as do
24 activities such as cleaning, dusting, and vacuuming.  (Pieckova, et al. 1999 )
25 Carpet can hold mold spores, including *Aspergillus fumigatus*, and vacuuming the
26 carpet with a traditional vacuum would aerosolize spores into the air  (Hicks 2005)
27 Mold is frequently encountered in homes in places such as showers, shower
28 curtains, refrigerator door seals, ice chests, and old food such as bread, fruits,

1 vegetables, and cheese.

2     19.    Therefore, the issue with mold in homes is not whether it is present: it
3 always is. The issue is not whether there is some mold growth. there always is.
4 Rather, the issue is whether there is an indoor source of mold growth that
5 increases, in a medically-meaningful way, the risk of any mold-related health
6 effects. The likelihood that releases of mold or their spores from various sites in
7 the BSH machines would occur is minimal at best. Further, the likelihood that any
8 such releases would increase the already-present ambient mold level is non-
9 existent.

10 **B. Bacteria**

11     20.    While bacteria and mold differ in certain respects in their distributions
12 and nature, many of the comments above relating to mold are pertinent to bacteria
13 as well. Bacteria are ubiquitous and essential for life. It has been estimated that
14 there are 500 trillion bacteria cells in and on our bodies which is ten times the
15 number of human cells in our bodies. We harbor millions of bacteria in our
16 mouths, including a large number of potentially pathogenic organisms. Our skin
17 has bacteria growing on it, including *Pseudomonas aeruginosa*. Pseudomonas is
18 also in our dental plaque. We have trillions of bacteria in our intestinal tract which
19 are needed for proper digestion of food, absorption of nutrients and functionality of
20 the intestinal tract. Bacteria, including *Pseudomonas aeruginosa*, is found
21 throughout our homes, carried by us and our pets, and are resident on many
22 surfaces, dishtowels, kitchen sponges, sink traps, showers, air conditioner
23 condensate pans, automobile air conditioners, humidifiers and dehumidifiers, well
24 water and even in supplied public water

25     21.    Bacteria can't be superficially classified as "good" or "bad" from the
26 standpoint of assessing health risks. Nor is it scientifically or medically
27 appropriate to simply state that the mere presence of a particular bacterium creates
28 a health risk. Instead, one must look at (1) the type of bacteria, (2) the method of

transmission, (3) its quantity, and (4) its degree of potential harm. For example, *E-Coli* lives in our intestinal tracts where it properly belongs and serves a vital function. Feces containing *E-Coli* coming into contact with human skin may be messy but it won't create a health risk. However, if feces containing *E-Coli* were to be rubbed into an open wound, it could cause health problems. Accordingly, assessing health risks requires a closer look at the totality of the situation.

**C. Biofilm**

22. Biofilms can be thought of as thin sheets of microorganisms which include bacteria and sometimes mold. Biofilms exist throughout nature. For example, a clear mountain stream may have rocks that are slippery because of a biofilm surface coating. Biofilms exists in many places in homes such as fish tanks, shower heads, sink traps, showers, condensate pans, and in our mouths where it is known as "plaque." (Donlan 2002, Falkinham 2011, Feazel 2009, September 2004, Van Ingen 2010, Hall-Stoodley 2004). Although exposure to organisms from those sources is possible, the level of risk is low. Illness from them is extraordinarily rare.

**GENERALLY ACCEPTED HEALTH EFFECTS OF MOLD**

23. Extensive reviews and scientific analyses of the health effects documented as being associated with mold and/or mold toxin exposure have been published recently. (ACOEM 2002, Fung and Hughson 2003, Institute of Medicine 2004, Kelman, et al 2004, Kuhn and Ghannoum 2003, Lees-Haley 2003, AAAAI Position Paper 2006, World Health Organization 2009). The common thread in all of these reviews is that clinical effects associated with any mold exposure can be divided into three categories: (1) allergies, (2) generally-mild irritant effects, and (3) rare infections. I will explain each immediately below. Associations between other adverse health outcomes and mold exposure are, at present, only theories or hypotheses that have not been proven.

**Allergic Effects of Mold**

24.     Only about 5-6% of the population is predicted to have some allergic airway symptoms from molds in their lifetime. To put that percentage into perspective, approximately 26% of the population has an allergy to one or more things. Molds are not common allergens. Common allergens are dust mites, ragweed, grasses and cats. Almost all persons who are allergic to molds test positive to other allergens as well. It would be exceedingly rare to have a person who is allergic only to mold. Molds are considered mild allergens, meaning they are one of the least allergenic allergens. Allergic effects from molds are characteristically manifested as temporary stuffy nose, sneezing and watery eyes.

25.     Because molds affect people primarily by producing a mild transitory allergic reaction only in susceptible individuals, and because only approximately 5-6% of the population are susceptible, the vast majority of the proposed class members would not manifest allergic responses even if mold exposure were great, which is not the case with BSH washers.

26.     Paragraph 34 of Plaintiffs' Complaint contains inaccurate information. The Complaint mistakenly claims that allergic reactions to mold are "common", when in fact they occur in only approximately 5-6% of the population. The Complaint also mistakenly states "touching mold" can cause allergic reactions, when in fact there is no basis or study supporting this statement. It is simply not true. Paragraph 34 also contains false myths regarding mold causing "severe memory impairment, irritable bowel syndrome and chronic fatigue." The medical and scientific reality is that mold exposure can sometimes create an allergic response such as a stuffy nose and watery eyes to those 5-6% who have an allergy to mold, and very rarely (less than 1%), hypersensitivity pneumonitis, minor irritant effects and infections in individuals with impaired immune systems, but not unless there is sufficient exposure, which is clearly not the case in the context of the BSH washers.

**Mild Irritant Effects of Mold**

27    It has been claimed that irritant effects may occur when there is significant mold growth (thousands of mold spores per cubic meter of air). However, the mechanisms are unclear and remain unproven.

28    In fact, in one study, 600,000 mold spores/m³ were introduced into a chamber into which the subjects' faces had been placed.  No irritant effects were noted in this study   (Meyer et al 2005)

29.    If any irritant effects from indoor mold exposures actually occur, they would be expected to be mild and transient, such as irritated eyes or nose.  Whether or not these occur is, however, unsettled.

**Rare Infectious Effects of Mold**

30.    Only those persons with severely impaired immune systems, e.g., patients on immune suppressant medications, or those with immune system suppressant diseases could potentially be at risk of developing an infection from *Aspergillus fumigatus*   However, such infections are rare.  Persons with immune compromised systems represent a very small fraction of the population, even smaller than the small population of people who have allergies to mold.  People in this small group are also likely to know of their immune-compromised condition (such as organ transplant patients or those on chemotherapy) and therefore are likely to be taking precautions in various parts of their everyday lives.

**LIST OF MATERIALS**

31.    The following is a list of items I considered in this matter:

- Plaintiffs' Second Consolidated Amended Complaint
- Plaintiffs' entire Motion for Class Certification
- Photos of the washers and homes of Tait, Wentworth, and Isabella
- Lab Reports from Forensic Analytical Laboratories for the Tait, Wentworth, and Isabella inspections (November 2010 and May 2012)
- Lab Reports from Prestige EnviroMicrobiology for Tait, Wentworth,

- 10 -

DECLARATION OF RONALD E. GOTS, M D., PH.D., DABT, IN OPPOSITION TO MOTION
FOR CLASS   CERTIFICATION                                    SACV10-711-DOC (ANx)

1      Gibson/French, Isabella and Kleinman (November 2010 and
2      April/May 2012)

3      • BSH washer Use and Care Manual (BSH001640-00190)

4      • Diagram / Parts list (BSH-004151-004157)

5      • NSF International Testing, Protocol, and Official Listing (4158-4183;
6      4427)

7      • Depositions of Plaintiffs Tait, Wentworth, Gibson and Isabella

8      • Deposition of Chin Yang, PhD with exhibits

9      • Deposition of Brian Clark with exhibits

10      • Documents produced by Springboard Engineering / Brian Clark

11      • Various references / studies as set forth in the attached Exhibit E

12      32. In addition, I have studied and physically examined BSH washers in
13 terms of their configuration, operation, and functions. I have personally seen their
14 component parts. I also studied the washers from the perspective of how a
15 customer would interact with the machine during the clothes-washing process, i.e.
16 loading, unloading, dispensing detergent, etc. I have run a complete wash cycle.

17 **THE BSH WASHERS DO NOT CREATE A HEALTH OR SAFETY RISK**

18      33. I have concluded that BSH washers do not present a health or safety
19 risk to users. There are several reasons for this conclusion.

20      34. When assessing health risk, the first essential requirement is to assess
21 the types and amounts of microorganisms. The types of mold and bacteria
22 described in plaintiffs' lab reports are the same as those commonly found in
23 homes. As discussed more fully above, *Aspergillus fumigatus* and *Pseudomonas*
24 *aeruginosa* are commonly encountered in our everyday lives, both indoors and
25 outdoors.

26      35 The amount of microorganisms found in the five (5) sampled washers
27 does not present a health risk. The accumulations are not significant from a
28 medical standpoint and do not present a health or safety risk. For example, a sewer

backup with fecal matter throughout a home poses a more significant and immediate health risk than does a small sewer pipe leak behind a wall   Similarly, mold covering an entire wall in a home is, from a health standpoint, more significant than the same type of mold occupying a four inch square area in a basement.   The quantity of microorganisms found in the washers varies greatly among five washers sampled by plaintiffs.   Some have no accumulations, others have minimal accumulations in few areas, and still others have greater accumulations in more but different areas.   These differences can be seen in the groups of photos attached hereto as Exhibit F comparing similar areas of the five sampled washers.   It is my understanding these photos were taken by plaintiff's expert.

36.   The amount of accumulations in any of the five washers must be placed into context.   For example, some bags of potting soil or mulch that a homeowner would typically purchase from Home Depot or Lowes contain a massively greater amount of *Aspergillus fumigatus* than the comparatively tiny amount present in any washer.   While the *concentration* of mold spores in a bag of mulch may be similar to the *concentration* of mold spores found in a tiny portion of Wentworth's washer, the bag of mulch is tens of thousands of times greater in *volume*, therefore the number of mold spores available for inhalation is tens of thousands of times greater when one applies the bag of mulch than when using the washing machine.   As a homeowner works with the potting soil, the spores become disturbed and enter the air, landing on the homeowner's skin and clothing, and are breathed into the lungs. (Latge 1999, Latge 2001, Chetty 2003, Haines 1995, Mullins 1984, Siddiqui 2007, Knudsen 2011) That interaction with a bag of potting soil or mulch is not going to cause any reaction whatsoever in the vast majority (aprx. 94-95%) of the population.   A small 5-6% segment of population who is allergic might develop a stuffy nose, but one can hardly characterize the bag of mulch as a health and safety risk.   The amount of exposure someone would

1   encounter when using a washing machine with some level of build-up pales in
2   comparison to the amount exposure caused by working with a bag of mulch.
3   Although there may be variances in the quantity of accumulations in the washers,
4   none presents a health or safety risk. Finally, there is no scientific precedent for
5   *Aspergillus fumigatus* infections arising from exposure to any biofilms. That is
6   simply not known to occur

7       37.   In order to be at risk of developing Aspergillosis, a person must have
8   an enormous exposure to *Aspergillus fumigatus*, far in excess of the tiny amount
9   found in the one washer where it was found.

10      38.   *Aspergillus fumigatus* was only found in one of the five washers – Ms.
11  Wentworth's.   However, the lab data from the Wentworth samples is not
12  scientifically reliable or meaningful when assessing whether her washer created
13  any health and safety risk when it was inside her home because the Wentworth
14  washer sat shrink-wrapped in storage for months after being shipped from
15  California to Iowa. The Wentworth test results in Iowa in November 2010 are not
16  a reliable indicator of the microbial status at the time it left Ms. Wentworth's home
17  in California in June, 2010. A conclusion to the contrary defies scientific reason
18  because of the number of variables that would influence microbial growth during
19  the transportation / storage period.

20      39.   *Pseudomonas aeruginosa* is also a ubiquitous organism that exists
21  everywhere. It's part of our dental plaque. It is found in moist environments such
22  as soil and water. It exists on the outside surfaces of fresh fruits and vegetables
23  (specialpathogenslab.com Fact sheet Pseudomonas). It is found in drinking water,
24  sinks, showers, lakes, and streams. You could literally wipe pure Pseudomonas on
25  your skin and it wouldn't cause any reaction or infection. It is not a potent
26  pathogen. The mere fact *Pseudomonas aeruginosa* was detected by plaintiffs in
27  two of the five washers is not of medical significance.

28      40.   It is extremely rare to have someone come *into* a hospital with an

- 13 -

infection caused by *Pseudomonas aeruginosa*.   Rather, infections with this organism most often occur after someone *enters* the hospital.   It is known as a "nosocomial infection," meaning it is a hospital-borne infection.   The infection is most commonly associated with endotracheal tubes, catheters or IVs.   From a medical standpoint, it is simply not considered and infection-causing micro-organism as it is encountered in our everyday lives outside a hospital setting.   It is not a biofilm-associated infection except in situations where longstanding catheters or endotracheal tubes are in place.

41.   Plaintiffs' expert "detected" *Pseudomonas aeruginosa* in two washers, including Wentworth's but, as stated above, Wentworth's samples are not reliable from the scientific standpoint of assessing health and safety risk in Ms. Wentworth's home because it sat in storage for months after being shipped to Iowa.   The unspecified quantity of *Pseudomonas aeruginosa* found in the Isabella washer on the back of the gasket and on/near the spinner rim are not significant in any way from a health and safety standpoint because the quantity, duration of exposure, and method of exposure pose no risk of harm.

42.   There is minimal interaction between the operator and the BSH washing machine in general.   An immutable principle is that without sufficient exposure, there can be no exposure-related adverse health effect.   The process of washing clothes involves putting clothes in the machine, shutting the door, adding detergent, choosing the cycle, and pressing start.   When the cycle ends, there is no appreciable aerosolization upon opening the washer door and removing the washed clothing because all BSH washers rinse at least twice in cold water, meaning that gallons of cold water have passed through the machine and the clothing before the cycle finishes.   From a medical perspective of assessing health risks, this permits an extremely minimal level of interaction with the machine and does not create a health or safety risk.

43.   In addition to the near impossibility of such an occurance, I am not

- 14 -

1  aware of a single documented case of someone becoming sick from mold or
2  bacteria from a washing machine.  Due to the prevalence of washing machines in
3  millions of homes throughout the United States, I would expect there to be
4  substantial documentation of cases involving the dangers of washing machines if,
5  in fact, washing machines of any model or brand containing build-up of mold
6  and/or biofilm posed a significant health or safety risk to consumers.

7  **SUMMARY**

8         44.    In summary, the minute accumulations of mold and bacteria found in
9  the five sampled washers pale in comparison to mold and bacteria that we
10  encounter in everyday life.    There is no reasonable basis to anticipate any health
11  or safety risk associated with the BSH washers used by the four named plaintiffs,
12  or the BSH front load washers in general.  It is plainly evident that any exposure to
13  the type, quantity, and location of any microorganisms found within the class
14  representatives' washers do not present a health or safety risk.  Any mold that
15  would develop would not lead to an exposure that would create a health and safety
16  risk to 95-99% of the population.

17        I declare under penalty of perjury under the laws of the United States of
18  America that the foregoing is true and correct and that this declaration was
19  executed on July 5, 2012, in Brooklyn, New York.

20
21
22
23  _____
24                    Ronald E. Gots, M.D., Ph.D., DABT
25
26
27
28

DECLARATION OF RONALD E. GOTS, M.D., PH.D., DABT, IN OPPOSITION TO MOTION
FOR CLASS  CERTIFICATION                                    SACV10-711-DOC (ANx)

# EXHIBIT A



INTERNATIONAL CENTER
FOR TOXICOLOGY AND MEDICINE

**CURRICULUM VITAE**
**Ronald E. Gots, MD, PhD, DABT**
*Board Certified in Toxicology*
**Toxicology and Environmental Medicine**

International Center for Toxicology and Medicine
2275 Research Blvd, Suite 500
Rockville, MD 20850
(301) 519-0300
Fax: (301) 519-1307
E-mail: regots@ictm.com

Date of Birth:        October 10, 1943
Citizenship:          USA

EDUCATION:

1961 - 1964       A B (Chemistry)
                  University of Pennsylvania
                  Philadelphia, Pennsylvania

1964 - 1968       M.D.
                  University of Pennsylvania
                  School of Medicine
                  Philadelphia, Pennsylvania

1968 - 1969       Internship (Surgery)
                  Johns Hopkins University Hospital
                  Baltimore, Maryland

1969 - 1970       Fellow (General Surgery)
                  Harbor UCLA Medical Center
                  Torrance, California

1970 - 1973       Ph.D (Pharmacology)
                  University of Southern California
                  School of Medicine
                  Los Angeles, California

Exhibit _____A_____ Pg. ___17___

LCTM

PROFESSIONAL EXPERIENCE:

| | | |
|---|---|---|
| 2002  Present | Chief Executive Officer<br>International Center for Toxicology and Medicine | |
| 2003 · 2009 | Chief Scientist<br>Building Health Sciences, Inc | |
| 1997 - 2002 | Principal<br>International Center for Toxicology and Medicine | |
| 1975 · 2009 | Medical Director and President<br>National Medical Advisory Service | |
| 1995 - 9/96 | Medical Director<br>Environmental Sensitivities Research Institute (ESRI) | |
| 1984 · 1990 | Chairman and Chief Executive Officer<br>Medical Claims Review Services | |
| 3/78 · 6/82 | Vice President<br>Emergency Medical Services, Inc | |
| 6/77 - 6/82 | Vice President<br>Quality Care Management Consultants | |
| 10/78 - 1981 | Coordinator, Pharmaceutical Class Labeling Project, Food and Drug Administration | |
| 1/75 - 9/79 | Medical Director and Examining Physician<br>Occupational Health Units, Bureau of Economic Analysis, Census Bureau and Immigration and Naturalization Service, Washington, D.C. | |
| 7/75 - 12/75 | Emergency and House Physician<br>Northern Virginia Doctor's Hospital | |
| 5/75 · 10/75 | Medical Officer, Occupational and Emergency Medicine, NASA | |
| 1973 - 1975 | Senior Investigator/Chief, Department of Gastroenterology, Walter Reed Army Institute of Research, Washington, D C | |

Page 2

Exhibit _____ Pg. _____

| 6/73 - 8/73 | Emergency Physician<br>Prince George's County Hospital |
| 1970 - 1973 | Emergency Medicine Physician<br>Westminster Community Hospital<br>Orange County, California |

MEDICAL LICENSURE

Maryland
Michigan
Pennsylvania
Virginia

CERTIFICATIONS

| 1968 | National Board of Medical Examiners |
| 1987 | Board Certified-American Board of Quality Assurance and Utilization Review Physicians<br>Re-certification- 1993, 1996, 1999, 2001, 2003, 2005, 2007, 2009 |
| 1994 - Current | Fellow, American College of Forensic Examiners International |
| 1996 - Current | Diplomate, American Board of Forensic Examiners |
| 2010 | Diplomate, American Board of Toxicology |

PROFESSIONAL SOCIETIES

Alpha Omega Alpha (Medical Honor Society)
American Association for the Advancement of Sciences
American Board of Forensic Examiners
American Academy of Clinical Toxicology
American Federation for Clinical Research
American Medical Association
American Medical Peer Review Association
American Public Health Association
American Society of Law and Medicine
American Chemical Society
American Council on Science and Health
Fellow, American College of Forensic Examiners

Page 3

Exhibit _____ A _____ Pg. _____ 19 _____

American College of Occupational and Environmental Medicine
Fellow, American College of Quality Assurance and Utilization Review Physicians
International Society of Exposure Analysis
International Society of Regulatory Toxicology and Pharmacology
National Association of Environmental Professionals
New York Academy of Sciences
Sigma Xi (Scientific Honor Society)
Society for Health and Human Values
Society of Toxicology
Society for Occupational & Environmental Health
Society for Chemical Hazard Communication

## TEACHING AND SPECIAL APPOINTMENTS

University of Hawaii - Laboratory Instructor and Tutor, Microbial Genetics. 1964

Pasteur Institute   Research Fellowship  Paris, France.  June 1965  August 1965

University of Southern California School of Medicine, Department of Pharmacology - Instructor, Pharmacology. 1970-1973

World Health Organization    - Temporary Advisor, Workshop on Idiopathic Environmental Intolerances. Berlin, Germany  1996

American Petroleum Institute    Participant, Workshop on Clinical Studies and Particulate Matter  April 31 through May 1997.

Georgetown University School of Medicine - Lecturer (Environmental Toxicology). Department of Pharmacology, Division of Toxicology and Applied Pharmacokinetics. 1996 - Present.

Peer Reviewer  *Journal of Medical Toxicology.* 2004-Present

Georgetown University School of Graduate Studies   Adjunct Professor (Regulatory Toxicology) 2011-Present

University of Virginia School of Public Health – Lecturer, Department of Environmental Science  2007

Page 4

Exhibit_____ Pg._____

CIVILIAN AWARDS AND HONORS.

| | |
|---|---|
| 1956 | Eagle Scout |
| 1967 | Alpha Omega Alpha (Medical Honor Society) |
| 1972 | Sigma Xi (Scientific Honor Society) |
| 7/71 - 7/73 | Special Postdoctoral Training Fellowship, Funded by National Institutes of Health |
| 1973 | AMA Physician Achievement Award |

MILITARY ASSIGNMENTS·

| | |
|---|---|
| 7/73 · 7/74 | Investigator, Department of Gastroenterology, Division of Medicine<br>Walter Reed Army Institute of Research<br>Walter Reed Army Medical Center<br>Washington, D C   20012 |
| 7/74 - 7/75 | Chief, Department of Gastroenterology, Division of Medicine<br>Walter Reed Army Institute of Research<br>Walter Reed Medical Center<br>Washington, D C.  20012<br>Honorable Discharge |

SELECTED APPOINTMENTS:

National Association of Manufacturers, Medical Consultant, Occupational Disease Compensation

FDA Panelist, Patient Package Insert Hearings

Medical Society of D.C , Member, Workers' Compensation Committee

U S Chamber of Commerce, Member, Workers' Compensation Committee
International Association of Industrial Accident Board Commissioners, Member, Medical Committee

Board of Scientific and Policy Advisors, American Council on Science and Health
Chairman, Scientific Advisory Board of NEDA/TIEQ (National Environmental Development Association/Total Indoor Environmental Quality)

Montgomery Medicine, Associate Editor

American Industrial Hygiene Association, Toxigenic Molds Workshop

Hippocrates' Lantern, Contributing Editor

U S Congressional Working Group Mold Legislation (2002)

Page 5



Exhibit _____A_____ Pg. _21_



Atlantic Legal Foundation - Scientific Advisory Board
Peer Review, Journal of Clinical Toxicology

## SELECTED SPEAKING ENGAGEMENTS AND VISITING PROFESSORSHIPS:

| | |
|---|---|
| 1975 | Guest Faculty Member, American College of Physicians. |
| 1980 | Invited Speaker, Bendectin Hearings  FDA |
| 1978 - 1980 | Developer and Presenter, Hospital Risk Management Seminars  St. Paul Insurance Company. |
| 1980 | Speaker, Annual Meeting   American College of Obstetrics and Gynecology |
| 1982 | Guest Faculty Speaker  American College of Physicians. |
| 1983 | Speaker, Annual Meeting.   National Legal Center for the Public Interest. |
| 2/85 | Visiting Lecturer, Causation and Financial Compensation for Claims of Personal Injury from Toxic Chemical Exposure.   International Conference, The Institute for Health Policy Analysis, Georgetown University and the Georgetown School of Law |
| 1985 | Visiting Professor, Legal Medicine.   Uniformed University of the Health Sciences |
| 7/86 | Moderator, Medical Section  National Symposium  on Workers' Compensation, 10th Annual Meeting, Orono, Maine |
| 8/86 | Speaker, "Medical Causation Testimony·  Misleading Fact Finders " Workers'  Compensation  and  Employer's  Liability  Committee, American Bar Association, New York. |
| 1987 | Speaker, Annual Meeting.  IAIABC |
| 1987 | Speaker, Toxic Tort Seminar  American Bar Association, Chicago, Illinois. |
| 1987 | Speaker, Forum Meeting   University of Arkansas for Medical Sciences |

Page 6

Exhibit ___A___ Pg. ___22___

| | |
|---|---|
| 1987 | Lecture. Delaware Occupational Medicine Association |
| 5/88 | Speaker, Toxic and Environmental Tort Litigation Committee American Bar Association, Natural Resource Section. |
| 6/88 | Speaker, "Scientific and Legal Approaches to Proof of Causation in Tort Cases." American Chemical Society, Chemistry and the Law Division, Toronto, Canada |
| 12/88 | Speaker, "Medical Cost Containment. Regulatory and Administrative Options for Containing Medical Costs" Workers Compensation Commissioners' Symposium, National Council on Compensation Insurance. |
| 8/89 | Visiting Professor, Environmental Law. Vermont Law School |
| 11/89 | Moderator, "Managed Medical Care" Workers Compensation Conference Dialogue for the Nineties. National Association of Manufacturers and Alliance of American Insurers, Baltimore, MD |
| 12/89 | Speaker, "Validity of Various Immuno-Suppression Theories & Risk Assessment Criteria in Toxic Tort Cases" Pennsylvania Bar Institute Toxic Tort Litigation Seminar, Philadelphia, PA. |
| 12/89 | Visiting Lecturer, "State of the Art in the Use of Demonstrative Evidence in Proving Causation in a Toxic Tort Trial." Trying Mass Toxic Tort Cases Demonstrations of Trial Techniques by Leading Practitioners and Jurists, American Bar Association National Institute, San Francisco, CA. |
| 3/90 | Speaker, "Utilization Review." Forum II Workers' Compensation Healthcare Cost Containment. International Workers' Compensation Foundation, Inc., New Orleans, LA. |
| 4/90 | Speaker and Panelist, Workers' Compensation Panel "Blueprint for Reform." 1990 Issues Symposium and Annual Meeting National Council of Compensation Insurance, New York, NY |
| 5/90 | Speaker, "Assessing Chemical Hazards Separating Scientific Toxicology from Regulatory Toxicology and Workers' Perceptions" American Industrial Hygiene Conference, Orlando, FL. |

2275 Research Blvd. Suite 500 Rockville, Maryland 20850 301-519-0300 Fax 301-519-1307

Exhibit _A_ Pg. _23_

| | |
|---|---|
| 10/90 | Speaker, "Chemical Hazards and Perceptions and the Role of the Industrial Hygienist " Industrial Hygiene Conference American Industrial Hygiene Association, Ocean City, MD. |
| 11/90 | Visiting Lecturer, "Causation Scientific Standards of Proof " 1990 Toxic Torts for Trial Judges. The National Judicial College, Reno, Nevada |
| 1/91 | Speaker, "Perception of Chemical Assessment " PESA Health and Safety Conference. Public Employees Safety Association of Maryland, Baltimore, MD. |
| 1/91 | Visiting Lecturer, "Toxins and Health: Science Versus Perception " The Johns Hopkins University Applied Physics Laboratory Colloquium. Johns Hopkins University, Laurel, MD |
| 7/91 | Speaker, "National Occupational Medicine Seminar " Eleventh Annual Conference. Cape Cod, Hyannis, MA |
| 1/92 | Speaker, "Dose Makes the Poison." Northern Virginia Association of Occupational Health Nurses Inc , Vienna, VA |
| 3/92 | Speaker, "Dioxin, Risk Assessment for Human Health " Talladega Medical Society, Talladega, AL |
| 5/92 | Speaker, Interdisciplinary Panel Participant, "The Physician's Role in Indoor Air Complaints " National Coalition on Indoor Air Quality, Tampa, FL. |
| 5/92 | Speaker, "Determining Whether a Toxic Exposure Caused an Illness." American College of Occupational and Environmental Medicine. Post Graduate Seminar. Washington, D.C |
| 11/92 | Conference Chair "Multiple Chemical Sensitivities. The State of The Science." Co-sponsors - NMAS and the International Society of Regulatory Toxicology and Pharmacology |
| 3/93 | Speaker, "Multiple Chemical Sensitivities The State of The Science " RISE Washington, D.C |
| 4/93 | Presenter, Chemical Labeling Executive Enterprises Washington, D.C |

Page 8

Exhibit _____ Pg. _____

| | |
|---|---|
| 4/93 | Lecturer, "Disability Assessment in Occupational Disease" American College of Occupational and Environmental Medicine Annual Meeting. Atlanta, GA. |
| 5/93 | Speaker, "Multiple Chemical Sensitivities The State of The Science" CSMA Mid-year meeting Chicago, IL. |
| 5/93 | Speaker, "Multiple Chemical Sensitivities: The State of The Science" CTFA. Washington, D.C. |
| 5/93 | Speaker, "Risk Communication" American Industrial Hygiene Association. Annual Meeting New Orleans, LA. |
| 2/94 | Speaker, "Relating Physical Complaints to Indoor Air Pollution." Occupational Safety & Health Regulation Conference Washington, D C. |
| 3/94 | Speaker, "Health Effects and IAQ An Overview" Indoor Environment '94 Annual Meeting Washington, D C |
| 6/94 | Speaker, "The Policy of Risk Versus Individual Risk Key to Effective Risk Communication" 19th Annual Conference & Exposition National Association of Environmental Professionals. New Orleans, Louisiana. |
| 9/94 | Lecturer, "Risk Communication." US Army Center for Health Promotion and Preventive Medicine. Aberdeen Proving Ground, Maryland |
| 9/94 | Speaker, "Public Versus Personal Risk· The Challenge in Environmental Risk Communication" Dixy Lee Ray Memorial Symposium on Science-Based Environmental Management Temple University, Environmental Health and Safety Seattle, Washington |
| 9/94 | Moderator, "Faculty and Audience Discussion Regarding MCS," and Speaker, "Conference Summary" First Annual Aspen Environmental Medicine Conference Aspen, Colorado |
| 10/94 | Speaker, "Indoor Air and Health" 4th Annual Virginia Occupational Health Conference Virginia Occupational Medical Association. Norfolk, Virginia |

Page 9

Exhibit \_\_\_\_A\_\_\_ Pg. \_\_25\_\_

| | |
|---|---|
| 10/94 | Lecturer, "Public Versus Personal Risk· The Challenge in Environmental Risk Communication." Environmental Health Program, Department of Public Health Sciences, University of Alberta, University of Calgary, Canada. |
| 10/94 | Speaker, "Low Level Chemical Exposures: What Do We Know? What Can We Say?" American Industrial Hygiene Association Professional Development Conference Annapolis, Maryland |
| 3/95 | Speaker, "Toxic Tort Litigation from Environmental Exposure " 1995 Oregon Governor's Occupational Safety & Health Conference, Portland, Oregon |
| 4/95 | Speaker, "Cost Effective Management of Medical/Scientific Aspects of Toxic Tort Claims." American Corporate Counsel Association Greater New York Chapter New York, New York |
| 5/95 | Speaker, "Perceptions Addressing the Divergence Between Science and Communication " USF&G · Industrial Hygienist, Kansas City, Missouri. |
| 6/95 | Speaker, "Effects of Lead Poison - What It Shows and Doesn't Show." Chartered Property Casualty Underwriters Society, Baltimore, Maryland |
| 7/95 | Speaker, "Multiple Chemical Sensitivities " "Sick Buildings." National Workers' Compensation and Occupational Medicine Seminar, Hyannis, Massachusetts. |
| 9/95 | Lecturer, "Legislative and Regulatory Activity, Regarding Multiple Chemical Sensitivities." 2nd Aspen Environmental Medicine Conference, Given Institute Aspen, Colorado |
| 9/95 | Visiting Lecturer, "Quantitative Risk Assessment and Tort Claims What the Attorney Must Know " Indiana Continuing Legal Education Forum Seminar on Toxic Tort Litigation. Indianapolis, Indiana |
| 10/95 | Speaker, "Environmentally Associated Symptoms (EAS). A New & More Appropriate Name for MCS " Chemical Specialties Manufacturers Association, Annapolis, Maryland |
| 10/95 | Conference Chair "Multiple Chemical Sensitivities: State-of-the-Science Symposium." Co-sponsors - The International Society of |

Page 10



|  | Regulatory Toxicology and Pharmacology, The Johns Hopkins University/NIOSH Educational Resource Center in Occupational Safety & Health and National Medical Advisory Service |
|---|---|
| 11/95 | Speaker, MCS Facts and Fantasy" 52nd Annual Science Conference The Cosmetic, Toiletry, and Fragrance Association Lake Buena Vista, Florida |
| 12/95 | Lecturer, "Public Versus Personal Risk" Department of Design and Environmental Analysis, Cornell University, Ithaca, New York |
| 12/95 | Speaker, "The Scientific Aspects and Application of Daubert Motions in Toxic Tort Claims" The Metropolitan Corporate Counsel New York, New York. |
| 3/96 | Speaker, "Public vs Private Risks" A&WMA's Waste Combustion in Boilers & Industrial Furnaces Conference, Kansas City, Missouri. |
| 6/96 | Speaker, "Application of a New Assessment Tool to Environmental Risk Communication· Merging Health Information with Psychosocial Approaches" National Association of Environmental Professionals, Houston, Texas. |
| 7/96 | Speaker, "Multiple Chemical Sensitivity an Overview of Current Scientific and Medical Knowledge" ASTM 1996 Johnson Conference, Johnson, Vermont |
| 8/96 | Speaker, "Chemical Sensitivities/Environmental Intolerance· Evaluation, Causation and The Impact of Causation Theories on Treatment Strategies." Allergy & Asthma Associates, Santa Fe, New Mexico |
| 9/96 | State of the Art Speaker, "Illusions of Pseudoscience and Silicone Breast Implants" Aspen Environmental Medicine Conference, Aspen, Colorado. |
| 9/96 | Speaker, "Multiple Chemical Sensitivities/Idiopathic Environmental Intolerances" AIHA Chesapeake Section, Annapolis, Maryland |
| 9/96 | Speaker, "Idiopathic Environmental Intolerances - Scientific Understanding and Regulatory/Legislative Status." The Soap and Detergent Association, Chicago, IL |

Page 11

Exhibit _____ Pg. _____

| 10/96 | Speaker, "History, Medical Diagnoses and Causation Determination." Environmental Sensitivities Research Institute Educational Seminar for Attorneys and Administrators, San Francisco, California. |
|---|---|
| 10/96 | Speaker, "MCS-Real or Not?" Annual Association of Structural Pest Control Regulatory Officials, Santa Fe, New Mexico |
| 11/96 | Speaker, "Proliferation of Health Allegations MCS, Allergies, Porphyria" The Carpet and Rug Institute Annual Conference, Dalton, Georgia. |
| 1/97 | Keynote Speaker, "Pesticide Health Risks. Scientific Truths & Public Perception." 1997 Delta Production Conference and AG Expo, Cleveland, Mississippi. |
| 4/97 | Speaker, "Controlled Exposure of Humans to Particulate Matter" 1997 American Petroleum Institute Meeting, Alexandria, VA. |
| 5/97 | Speaker, "Medical Issues" Lead Liability Litigation Seminar Law Journal Seminars · Press. New York, NY |
| 6/97 | Panelist, "Dialogue" on "Recent Advances in Control of Air Pollution." WorldNet Television, Voice of America Studio Washington, D C |
| 10/97 | Speaker, "Chemical Sensitivity." Leadership Texas, *Program of the Foundation for Women's Resources* Houston, TX. |
| 11/97 | Speaker, "Multiple Chemical Sensitivity" Montgomery County Public Schools. |
| 3/98 | Speaker, "Understanding Chemical Sensitivity in the Population" NE Regional Turfgrass Conference Providence, Rhode Island |
| 3/98 | Panelist, "Do Mycotoxins Cause Health Effects in Indoor Environments?" AIHA Toxigenic Molds Workshop Fairfax, VA. |
| 6/98 | Speaker, "How To Cross Examine a Scientist." DRI. San Antonio, TX |
| 9/98 | Speaker, "New Injuries in the Workplace" International Association of Industrial Accident Boards and Commissions St Louis, MO |

2275 Research Blvd. Suite 500 Rockville, Maryland 20850 301-519-0300 Fax 301-519-1307

Exhibit ____ Pg. ____

ICTM

| | |
|---|---|
| 10/98 | Speaker. "Mold Evaluation and Remediation - How Complex Should it Be?" Association of Specialists in Cleaning and Restoration, Water Loss Institute's 3rd Annual Conference & Exposition  Charlotte, NC |
| 11/98 | Speaker, American College of Toxicology Annual Meeting   "Multiple Chemical Sensitivities: Distinguishing Between Psychogenic and Toxicodynamic." Orlando, FL |
| 2/99 | Speaker, Mealey's Daubert and Expert Admissibility Conference "The Migration of Toxins to Surrounding Areas or People " Jacksonville, FL |
| 9/99 | Speaker, 3rd Annual Mid-Atlantic Regional Conference on Occupational Medicine. "Multiple Chemical Sensitivity." Philadelphia, PA. |
| 9/99 | Speaker, Annual Alumni Homecoming CME Seminar, Marshall University. "Environmental Risk Communication  The Critical Role of the Clinician." Huntington, West Virginia |
| 1/01 | Speaker, 2nd National Sanitation Foundation (NSF) International Conference on Indoor Air Health. "Indoor Air and Health  Emphasize Health; Minimize Engineering." Miami Beach, Florida |
| 3/01 | Speaker, 40th Annual Meeting of the Society for Toxicology   "Odors in the Workplace: Minimizing Physical Illness; Not Satisfying Everyone." San Francisco, California. |
| 4/01 | Speaker, St. Paul Insurance Group   "Indoor Air Quality· Learning from the Unexpected " Baltimore, Maryland |
| 4/01 | Speaker, International Society of Facilities Executives (ISFE) "Investigating Health Complaints in the Workplace " Kiawah Island, South Carolina. |
| 10/01 | Speaker, Property Loss Research Bureau (PLRB) Mold Symposium. "The Science of Mold and Health." Charlotte, NC |
| 4/02 | Speaker, DRI Mold Seminar   "The Science of Mold and Health " Coronado, CA |
| 5/02 | Speaker, Property Loss Research Bureau (PLRB) Mold Symposium. "The Science of Mold and Health " San Antonio, TX. |

2275 Research Blvd. Suite 500 Rockville, Maryland 20850 301-519-0300 Fax 301-519-1307

Exhibit ___A___ Pg. _29_

ICTM

| 5/02 | Speaker, American Forest and Paper Association (AFPA) "The Science of Mold and Health " Washington, D C |
| 5/02 | Speaker, American Agricultural Insurance Company (AAIH) "Health Risks Associated with Mold Claims " Denver, CO |
| 6/02 | Speaker, Mealey's Toxic Tort Conference "Medical and Science of Causation Assessment " Pasadena, CA. |
| 6/02 | Speaker, Riverstone Resources "Mold and Health/Managing the Process." Manchester, NH |
| 9/02 | Speaker, Lorman Education Services Conference "Health-based Mold Management " Baltimore, MD. |
| 11/02 | Speaker, Armstrong World Meeting "The Mold Crisis and Its Effects on Armstrong World Industries " Lancaster, PA. |
| 12/02 | Speaker, Mealey's Texas Mold Litigation Conference "Mold Science Versus Mold Hype " Dallas, TX. |
| 01/03 | Speaker, Mold and Indoor Environment Conference. "Mold Medicine/Mold Hype." New Jersey Institute of Technology Newark, NJ |
| 02/03 | Speaker, Mealey's California Mold Litigation Conference. "Mold Science Versus Mold Hype. Confusing Diagnosis with Causation in Mold Matters " La Jolla, CA. |
| 02/03 | Speaker, Minnesota Association of Realtors "Mold Medicine/Mold Hype and Its Impact on Realtors." St. Paul, MN. |
| 03/03 | Speaker, American Conference Institute. Fifth National Forum "Toxic Mold Litigation " New York, NY |
| 05/03 | Speaker, St Louis Mold Conference "Mold Medicine & Mold Science· Its Practical Applications for Patient Care, Remediation & Claims." St Louis, Missouri |
| 05/03 | Speaker, Peckar and Abranson and New York Construction News Seminar "Mold, Fact Versus Fiction " New York, N Y |

Page 14

Exhibit A Pg. 30

06/03    Speaker, "Mealey's Mold Litigation Conference."  Amelia Island, Florida

09/03    Speaker, Advances in Environmental Mold Issues in West Virginia." Charleston, West Virginia.

09/03    Speaker, Toxic Tort Litigation Conference   "Mealey's Practical Skill Series "  Philadelphia, PA.

10/03    Speaker, Fall Meeting of ABA Seer   "Mold and Daubert Session." Washington, D C

10/03    Speaker, 2003 Annual DRI Meeting. "Debunking the Myths of Mold and the Application of Effective Defense Strategies " Washington, D C

10/03    Speaker, Lorman Education Services   "Advances in Environmental Mold Issues "  Lexington, KY

11/03    Speaker, AIHA/ASSE   Mold PDC   "A healthcare perspective on the effects of mold " Tyson's Corner, VA.

08/04    Speaker, ExecuSummit    Second Annual Mold and Insurance Industry ExecuSummit  "Medical Oversight in Water Incursion/Mold Management "  New York, NY

11/04    Speaker, Twenty Fifth Annual Meeting of the American College of Toxicology  "The Great Debate Indoor Mold - Plague or Nuisance?" Palm Springs, CA.

05/05    Speaker, ACOEM's American Occupational Health Conference (AOHC).  "Occupational Medicine: From Clinic to Courtroom." Washington, D C

02/06    Speaker, Lorman Education Services.   "Indoor Air Quality." Telephone Conference

06/06    Speaker, Mealey's Lead Litigation Conference.  "The Medical Debate over What Levels of Lead Exposure are Safe "  Boston, MA.

Page 15

2275 Research Blvd. Suite 500 Rockville, Maryland 20850 301-519-0300 Fax 301-519-1307

Exhibit ___ Pg. ___

| 10/06 | Speaker, Thirteenth Annual National Forum of Environmental and Toxic Tort Issues Conference "Cost Effective, Provable Science in Causation Assessment for Mass Toxic Torts." Chicago, IL. |
|---|---|
| 04/07 | Speaker. AALNC National Education Conference "Causation Assessment in Toxic Tort Litigation and the Critical Differences between Differential Diagnosis and the Assessment of Cause." Austin, TX. |
| 08/07 | Speaker, 10th Annual Force Health Protection Conference. "Public Health Risk versus Personal Health Risk  The Key to Health Risk Communications" Louisville, KY |
| 11/07 | Speaker, SETAC North America 28th Annual Meeting  "Sound Provable Science,  The Key to Assessing Public versus Private Health Risk and to Developing Helpful and Ethical Health Risk Communication." |
| 07/09 03/10 | Speaker, ASTM, "Scientific and Medical Causation." Burlington, VT Keynote Speaker, Environmental Information Association, "Environmental Issues and Health Complaints." Austin, TX |
| 04/10 | Speaker, 2010 DRI Product Liability Conference  "A brief history of tort claims arising from alleged indoor exposures  how the past informs the future." Las Vegas, NV |
| 10/11 | Speaker, HB Conference "Lead Toxicity." Amelia Island, FL |

PROFESSIONAL PUBLICATIONS:

1    Gots, R E  "Study of a super-repressed mutant of E  coli B." *Undergraduate Medical Association Journal of the University of Pennsylvania*  (1966)

2.   Dalal, F.R., Gots, R.E. and Gots, J.S.  "Mechanism of adenine inhibition in adenine-sensitive mutants of salmonella typhimurium." *J Bacteriol.*  (1966) 507.

3    Gots, R E  "Total parenteral alimentation in newborn puppies." *Undergraduate Medical Association Journal of the University of Pennsylvania.* (1968)

4.   Wilmore, D.W. and Gots, R E.  "The etiology of uric acid urolithiasis following ileostomy." *Arch Surg* 99.  (1969)  421.

2275 Research Blvd. Suite 500 Rockville, Maryland 20850 301-519-0300 Fax 301-519-1307


Exhibit ___ Pg. ___

5       Gots, R.E. and Zuidema, G.D. "Dilation of the intrahepatic biliary ducts in a patient with choledochal cysts." *Am J Surg* 119 (1970): 726

6.      Benfield, J.R., Gots, R.E and Mills, D "Anomalous single left pulmonary vein mimicking a parenchymal nodule " *Chest* 59. (1971) 101

7.      Gots, R.E., Gorin, F.A. and Bessman, S.P. "Kinetic enhancement of bound hexokinase activity of mitochondrial respiration " *Biochem Biophys Res Commun* 49. (1972) 1249

8.      Gots, R.E. and Bessman, S P "An ultrasensitive radioassay for hexokinase." *Analyt Biochem* (1973) 272

9       Bessman, S P and Gots, R.E. "The mechanism of insulin action mitochondrial acceptor theory " *Intrasci Chem Rep* 8 (1971) 7.

10      Gots, R E *The Functional Interaction of Mitochondrial Hexokinase with Sites of Oxidative Phosphorylation* Diss University of Southern California, 1973.

11.     Gots, R.E and Bessman, S.P. "Mitochondrial hexokinase: inner membrane location and acceptor function [abstract] " *Fed Proc* (1973): 477.

12      Gots, R.E , Formal, S. and Gianella, R.A. "Indomethacin inhibition of salmonella, shigella, and cholera toxin mediated rabbit ileal fluid [abstract] " *Clin Res* 7 (1973)

13.     Charney, A.N., Gots, R.E. and Gianella, R.A "(NA+ -K+) stimulated adenosinetriphosphatase in isolated intestinal villus tip and crypt cells " *Biochem Biophys Acta* 367. (1974) 26.

14.     Gots, R.E., Formal, S and Gianella, R.A. "Indomethacin inhibition of salmonella typhimurium, shigella flexnari and cholera mediated rabbit ileal secretion " *J Infect Dis* 130. (1974). 280

15.     Charney, A.N., Gots, R.E. and Gianella, R.A. "Na-K-ATPase in isolated intestinal villus tip and crypt cells [abstract] " *Gastroenterol* (1974)

16      Gots, R.E., Formal, S and Gianella, R.A. "Salmonella mediated ileal secretion stimulation of adrenyl cyclase, inhibition by indomethacin and possible participation of prostaglandins [abstract]." *Clin Res* (1974)

Page 17

Exhibit \_\_\_\_\_1\_\_\_\_ Pg. \_\_33\_\_\_

17. Charney, A N , Kinsey, M D., Meyers, L., Gianella, R.A. and Gots, R.E  "Role of adrenal steroids on intestinal NA+ -K+ ATPase and sodium transport [abstract] "  *Clin Res*  (1975)

18 Gots, R.E  "Lawyer's guide to screening medical malpractice cases."  *The Retainer.*  June (1975)

19 Charney, A N., Kinsey, M D., Meyers, L., Gianella, R. A. and Gots, R E  "Na+ - K+ activated adenosine triphosphatase and intestinal electrolyte transport: effect of adrenal steroids."  *J Clin Invest* 56.  (1975).  653.

20. Gianella, R.A., Gots, R.E., Charney, A.N., Greenough, W.B. and Formal, S.B.  "Pathogenesis of salmonella mediated intestinal fluid secretion   activation of adenylate cyclase and inhibition by indomethacin "  *Gastroenterology* 69.  (1975)  1238

21 Bessman, S.P  and Gots, R E  "The hexokinase acceptor theory of insulin action -hormonal control of functional compartmenation."  *Life Sci* 19.  (1975): 1215.

22. Charney, A.N., Gots, R.E., Formal, S. and Gianella, R.A.  "Activation of adenylate cyclase by shigella dysenterial enterotoxin "  *Gastroenterology* 70.  (1976).  1085.

23 Gots, R. E.  "Which of Your Patients is Likely to Sue You?"  *Medical Economics*, October 18:72, 1976

24 Gots, R E.  "Don't Panic?  It's not malpractice unless..."  *Medical Economics*, January 24.77, 1977.

25 Gots, R.E.  "How Not to Alienate the Medical Expert."  *Trial*, No  4, April 1977

26. Gots, R E  "How Not to Alienate the Medical Expert."  *Civil Advocates Manual*, G O. Kornblum and J W Rogers, Jr., eds., University of California, (1977)  175

27. Gots, R.E.  "Malpractice.  Divide and conquer tactics you should know about "  *Medical Economics* 25.  (1978): 48.

28. Gots, R.E.  "Medical Sleuthing  a Must.  Evaluating Injury Cases, a Sophisticated Procedure "  *The Independent Adjuster*, Chicago, IL, Spring 1980.

Page 18

Exhibit _A_  Pg. _34_

29.   Gots, R.E. "Strategy. The medical causation defense " *For the Defense*
      January (1981).

30.   Gots, R E. "Medical/scientific decision-making in occupational disease
      compensation " Prepared for the Crum and Forster Insurance Group,
      November (1981)

31    Gots, R.E. "Hypotheticals and the Expert Medical Witness." *Legal Aspects of
      Medical Practice* 10 (1982).

32.   Gots, R E and Gots, B A. "Disarming the Treating Physician: A Cost-Saving
      Approach to Medical Claims Defense " *Best's Review* 83 64, May (1982)

33    Gots, R.E. "Fad Medical Claims in Personal Injury and Workers'
      Compensation " *The Independent Adjuster* (1983). 29

34    Gots, R E. "Science, medicine, and the compensation of toxic injury claims."
      *Public Policy Forum* National Association of Manufacturers, June (1983).

35    Gots, R.E. "Environmental fears and the treating physician " *The Upstate
      Physician.* (1983) 13

36.   Gots, R.E. "Opinion Testimony of Treating Physicians: Combatting Advocacy,
      Forcing Accuracy " *For the Defense* 26. (1984) 19-24

37    Gots, R.E. "A response to H.R. 4813." Prepared for the Crum and Forster
      Insurance Group, March (1984)

38    Gots, R E "Auditing the Physician " *Business Insurance.* September (1985):
      23

39.   Gots, R.E. "Medical causation and expert testimony." *Regul Toxicol Pharmacol*
      6. (1986): 95-102

40.   Gots, R.E. "The science of medical causation. its application in toxic tort
      litigation." *For the Defense* (1986): 4.

41    Gots, R.E. "Medical causation and expert testimony " *Causation and Financial
      Compensation: Conference Proceedings*, February 20-21, 1985, Washington,
      D.C Washington, DC The Institute for Health Policy Analysis, Georgetown
      University Medical Center, (1986). 215-23.

Page 19

Exhibit _____ Pg. _____

42.     Gots, R E   "The science of medical causation· its application in toxic tort
        litigation " *DRI Toxic Tort Litigation* 4. (1986): 18-27

43      Gots, R E   "Workers' Compensation: The Last Bastion of the Open Medical
        Checkbook." *IAIABC Journal.* (1987): 35-40.

44.     Gots, R.E. "Medical Cost Containment in Workers Compensation: Controlling
        Excesses in Tests and Medical Care " *National Council on Compensation
        Insurance* (1987)

45.     Gots, R.E. and Gleeson, J G   "Understanding and Defending Claims of
        Increased Risk of Contracting Disease " *DRI Damages and Jury Persuasion* 6
        (1987):54-69.

46      Gots, R.E  "Scientific and legal approaches to proof of causation in tort cases."
        *The 3rd Chemical Congress of North America: The Book of Abstracts*
        Washington, D.C.: The American Chemical Society, (1988)

47      Gots, R E   "Medical Claims Flay Casualty Insurers." *National Underwriter*, pp
        86-89, September (1989)

48      Gots, R E.  "Workplace Illness  What We Know Versus What is Believed "
        *Convention Proceedings, IAIABC*, September 17-20, 1989, Baltimore, MD
        International Association of Industrial Accident Boards and Commissions.
        (1989) 226-240.

49      Gots, R.E. "Immune system dysfunction and toxic tort claims " *Toxic Tort
        Litigation*  Harrisburg, PA. Pennsylvania Bar Institute, (1989) 88-133

50      Gots, R.E   "Risk assessment in tort litigation "  *Toxic Tort Litigation*.
        Harrisburg, PA  Pennsylvania Bar Institute, (1989) 85-7

51      Gots, R.E. "Scientific truths versus legal truths in toxic tort litigation " *Trying
        Mass Toxic Tort Cases  Demonstrations of Trial Techniques by Leading
        Practitioners and Jurists*, ABA National Institute, Nov 9-10, 1989, Washington,
        DC and Dec. 14·15, 1989, San Francisco, CA.  Chicago, IL: ABA Division for
        Professional Education, (1989) 187-207

52      Gots, R E   "Medical surveillance in hazardous waste claims " *Hazardous
        Waste and Toxic Torts Law and Strategy* 5  (1989)· 3-5.

53.     Gots, R  "Managed medical care " *Highlights of National Conference on
        Workers Compensation, Dialogue for the Nineties*, November 8-9, 1989,

2275 Research Blvd. Suite 500 Rockville, Maryland 20850 301-519-0300 Fax 301-519-1307

Exhibit _____ Pg. __36__

Baltimore, MD. Baltimore. National Association of Manufacturers and Alliance of American Insurers. (1989). 20-3

54     Gots, R E. "Applying the brakes to medical casualty costs." *Best's Review* 90:10, 1990

55     Gots, R.E. "Assessing chemical hazards: separating scientific toxicology from regulatory toxicology and workers' perceptions." *Abstracts, American Industrial Hygiene Conference: Industrial Hygiene in the World of Tomorrow.* May 13-18, 1990, Orlando, Florida. American Industrial Hygiene Association and American Conference of Governmental Industrial Hygienists, 1990. p. 20.

56.    Gots, R.E. "Medical monitoring following chemical exposures." *For The Defense.* November (1990) 22 26

57.    Gots, R.E. "Deciphering the sick building syndrome." *Builder and Contractor* 39 (1991):38-9.

58     Gots, R.E "Proving causes of illness in environmental toxicology `sick buildings' as an example." *Fresenius Environ Bull* 1 (1992) 135

59.    Gots, R.E. "Address fears, suppress chaos." *Public Risk* 6. (1992): 24-7.

60     Gots, R E "Hypothesis and practice autointoxication and MCS." *Regulatory Toxicology and Pharmacology* 18 (1993) 2-12

61.    Gots, R E and Hamosh, T D "MCS A symposium on the State of the Science." *Regulatory Toxicology and Pharmacology* 18 (1993) 61-78.

62     Gots, R.E. "Risk communication a few observations from a physician/toxicologist/ communicator." *Hazardous Substances and Public Health* (1994). 6-7

63.    Gots, R.E. "Public versus personal risk: the challenge in environmental risk communication." *Technology. Journal of The Franklin Institute* 331A (1994): 59-65.

64     Gots, R E. "Emphasize health to maximize problem solving." *Skylines* 20 (1995) 14-17.

65     Gots, R E "Multiple chemical sensitivities - public policy." *Journal of Toxicology - Clinical Toxicology* 33 (2), 111-113 (1995).

Exhibit _____ Pg. _____

ICTM

66      Gots, R.E. "Multiple chemical sensitivities: distinguishing between psychogenic and toxicodynamic." *Regulatory Toxicology and Pharmacology* 24. (1996). S8-S15.

67      Gots, R.E "Multiple chemical sensitivities " *Hippocrates' Lantern* 4:3 (1997)

68.     Light, E and Gots, R E "Mold revisited a rebuttal" *Cleaning & Restoration*. July (1998): 22-32

69.     Gots, R E and Lees-Haley, P "Health complaints in office workers." *Hippocrates' Lantern* 5:4 (November 1998)

70      Gots, R.E "Evidence-based medicine and the independent medical examiner " *Hippocrates' Lantern* 6 2 (June 1999)

71      Gots, R.E "Forensic needs versus patient health in chemical exposure claims." [abstract] *The Forensic Examiner* 9:30(#6) (January/February 2000)

72.     Gots, R.E and Pirages, S W. "Multiple chemical sensitivities: Psychogenic or Toxicodynamic origins " *International Journal of Toxicology* 18 (1999).393-400.

73.     Lees-Haley, P., Williams, C.W., Gots, R.E., and Pirages, S W "The neuropsychology and toxicology of residential exposure." *Journal of Forensic Neuropsychology* 1.4 (1999): 21-43

74      Robbins, C.A, Swenson, L.J, Nealley, M.L., Gots, R.E., and Kelman, B.J. "The health effects of mycotoxins in indoor air: A critical review " *Applied Occupational and Environmental Hygiene* 15:10 (2000): 773-784.

75      Gots, R E. and Hamilton, D V. "Multiple chemical sensitivities: An iatrogenically perpetuated disorder and example of the nocebo effect." *The Scientific Review of Alternative Medicine*. 5 1 (2001). 39-44.

76      Gots, R.E. and Juberg, D R.. "Management of environmental health concerns in institutional settings " *Journal of Healthcare Safety, Compliance & Infection Control*. 5:2 (2001). 54-56.

77.     Gots, R.E. "Mold and mold toxins the newest toxic tort." *Journal of Controversial Medical Claims* 8:1 (2001):1-8.

2275 Research Blvd. Suite 500 Rockville, Maryland 20850 301-519-0300 Fax 301-519-1307

Exhibit___*1*___ Pg.___*38*___



78. Gots, R.E. "Indoor Air and Health Emphasize Health: Minimize Engineering." *Proceedings of the Second NSF International Conference on Indoor Air Health* January 29, 2001. 5-15.

79 Gots, R E "Odors in the Workplace: Minimizing Physical Illness: Not Satisfying Everyone " *The Toxicologist, An Official Journal of the Society of Toxicology Supplement* 60 1 (2001) 136

80 Gots, R.E., and S.W. Pirages "Indoor health problems a sound process for resolution." *Facility Management Journal, a publication of the International Facility Management Association.* July/August 2001: 45-48

81. Gots, R.E. and S.W. Pirages. "Mold as Toxin " *COLUMNS-Mold*, March 2002

82 Gots, R.E. and S W Pirages "Toxic Mold – A Misnomer " *IAQ Applications*/Spring 2003

83 Gots, R.E., Layton, N.J. and S.W. Pirages. "Indoor Health: Background Levels of Fungi." *Am Ind Hyg Assoc J* , July/August 2003 427-38.

84 Gots, R.E. "Differential Diagnosis vs Causation Assessment: Why They Are Separate Methodologies and How They Relate to *Daubert*." *BNA, Inc , Expert Evidence Report, Analysis and Perspective* 8 November 2004. 4(21) 580-84

85 Gots, R.E. "From Symptoms to Liability: The Distinct Roles of Differential Diagnosis and Causation Assessment." *For the Defense* July 2005 24-30

POPULAR ARTICLES

1 Gots, R E "The long life diet " *Family Circle* 23. (1977) 14

2 Gots, R E and Gots, B.A. "Drugs, coffee, alcohol, infections, and your unborn baby " *Good Housekeeping.* January (1978) 68

3 Gots, B.A and Gots, R E. "Doctor's own consumer guide to surgeons " *Self* September (1979) 72.

4 Gots, R E. "Bendectine the new thalidomide?" *Genesis* April (1979) 1-2.

BOOKS/BOOK CHAPTERS:

1. Gots, R.E. *The Truth About Medical Malpractice. Patients' Rights, Doctors' Rights* New York. Stein and Day, 1975

Page 23



Exhibit _____ Pg. _____

2    Gots, R.E. and Gots, B.A. *Caring for Your Unborn Child.* New York: Stein and Day, 1977

3    Gots, R.E. and Kaufman, A. *The Peoples' Hospital Book.* New York. Crown Publishing Company, 1978

4    Gots, R E "Diseases and the workplace a framework for scientific clarification and administrative separation " *Perspectives on Healthcare Costs in Workers' Compensation.* A. Taricco and J. Greenwood, eds. LR Publications, 1992

5.    Gots, R.E  "Environmental fears and the treating physician." *Rational Readings on Environmental Concerns*  New York Van Nostrand Reinhold, 1992. pp. 491-3.

6    Gots, R E  "Scientific truths versus legal truths in toxic tort litigation." *Rational Readings on Environmental Concerns.*  New York· Van Nostrand Reinhold, 1992  pp 493-500

7    Gots, R.E. *Toxic Risks: Science, Regulation, and Perception*  New York· Lewis Publishing Co., 1993

8    Gots, R.E. "Applying principles of science to daubert motions in toxic tort claims." *1997 Wiley Expert Witness Update New Developments In Personal Injury Litigation.*  1997 pp. 1-57

9.    Gots, R.E. "Environmental risks and the clinician: informing worried patients " *Occupational, Industrial, and Environmental Toxicology*  1st ed Ed  M.I Greenberg, R J Hamilton, S D. Phillips. St Louis: Mosby-Year Book, 1997 pp 505-15.

10    Barrett, S.J., and Gots, R E  *Chemical Sensitivity: The Truth About Environmental Illness*  Amherst, NY. Prometheus Books, 1998

11.    O'Reilly, J T , Hagan, P , Gots, R , and Hedge, A. *Keeping Buildings Healthy*  New York· John Wiley & Sons, Inc. 1998

12    Gots, R E  and Pirages, S W  "Applying principles of science to Daubert motions in toxic tort claims."  *2000 Aspen Expert Witness Update New Developments in Personal Injury Litigation.* 2000  pp 1-88

Page 24

Exhibit _____ Pg. _____

13.   Gots, R.E.   "Risk Communication." in *Occupational, Industrial, and Environmental Toxicology*.   Editor, Michael I. Greenberg, MD, MPH   2003 Philadelphia Mosby, Inc

2275 Research Blvd. Suite 500 Rockville, Maryland 20850 301-519-0300 Fax 301-519-1307

Exhibit _A_ Pg. _41_

# EXHIBIT B

Exhibit  Pg. 42



Exhibit _B_ Pg. _403_



Exhibit *B* Pg. 44



Exhibit _B_ Pg. _45_



Exhibit ℬ Pg. 46

# EXHIBIT C

Exhibit _C_ Pg. _47_



Exhibit C Pg. 448





Exhibit __C__ Pg. __49__



Exhibit _C_ Pg. _50_



Exhibit _C_  Pg. _51_



Exhibit _C_ Pg. 52



Exhibit _C_ Pg. _53_

# EXHIBIT D





Exhibit _____ Pg. _____

Exhibit _D_ Pg. _55_



Exhibit 2 Pg. 56

# Exhibit E

## EXHIBIT E – REFERENCES

American College of Occupational and Environmental Medicine (2002) Adverse human health effects associated with mold in the indoor environment. ACOEM Evidence-based statement: Position Statement/Guidelines 1-10 Web address: www.acoem.org

Bush RK et al (2006) The medical effects of mold exposure, AAAAI Position Paper. J Allergy Clin Immunol. 117 (2):326-333.

Chetty A (2003) Pathology of Allergic Bronchopulmonary Aspergillosis. Frontiers in Bioscience 8 110-114

Donlan M (2002) Biofilms Microbial Life on Surfaces. Emerg Inf Dis 8:9 881-890

Falkinham JO (2011) Nontuberculous Mycobacteria from Household Plumbing of Patients with Nontuberculous Mycobacteria Disease. Emerg Inf Dis 17.3 419-424

Feazel LM Baumgartner LK Peterson KL Frank DN Harris JK Pace NR (2009) Opportunistic pathogens enriched in showerhead biofilms. Proc of the Nat Acad of Sci 106:38 16393-16399

Fung F and Hughson WG (2003) Health effects of indoor fungal bioaerosol exposure. Appl Occup Environ Hyg 18 (7):535-544.

Haines J (1995) Aspergillus in Compost: Straw Man or Fatal Flaw, Biocycle 32-34

Hall-Stoodley L. Costerton JW Stoodley P (2004) Bacterial Biofilms: From the Natural Environment to Infectious Diseases, Nature Reviews Microbiology, 2 95-108

Hicks JB Lu ET DeGuzman R Weingart M (2005) Fungal types and concentrations from settled dust in normal residences. J Occup and Environ Hyg 2:481-492

Kelman BJ Robbins CA Swenson LJ Harden BD (2004) Risk from inhaled mycotoxins in indoor office air and residential environments. Intern J of Toxicology 23:3-10.


Exhibit E Pg. 58

Knutsen AP Slavin RG (2011) Allergic Bronchopulmonary Aspergillosis in
Asthma and Cystic Fibrosis, Clin and Developmtl Immunol vol 2011

Kuhn JM Ghannoum MA (2003) Indoor mold, toxigenic fungi and Stachybotrys
Chartarum  infectious disease perspective.  Clin Microbiol Rev 16 144-72.

Latge JP (1999) Aspergillus Fumigatus and Aspergillosis, Clin Microbiol Reviews
12 (2) 310-350

Latge JP (2001) The Pathobiology of Aspergillus fumigatus. Trends in Microbiol
9 (8)382-389

Lees-Haley PR (2003) Toxic mold and mycotoxin neurotoxicity cases.
Stachybotrys, Fusarium, Trichoderma, Aspergillus, Penicillium, Cladosporium,
Alternaria, Trichothecenes. Psych Reports. 93:561-584

Meyer HW Jensen KA Nielson KF Kildesco J Norn S Permin H Poulsen LK
Mallin HJ Gravesen S Gyntelberg F (2005) Double blind placebo controlled
exposure to molds;  exposure system and clinical results.  Indoor Air 15·73-80.

Mullins J Hutcheson PS Slavin RG (1984) Aspergillus fumigatus Spore
Concentrations in Outside Air· Cardiff and St. Louis Compared. Cin and Exptl
Allergy 14 (4) 351-354

National Academies, Institute of Medicine (2004) Damp Indoor Spaces and
Health. Board on Health Promotion and Disease Prevention.

Pieckova E Jeserika Z (1999) Microscopic fungi in dwellings and their health
implications in humans. Ann Agric Environ Med 6:1-11

 September SM Brozel VS Venter SN (2004) Diversity of Nontuberculoid
Mycobacterium Species in Biofilms of Urban and Semiurban Drinking Water
Distribution Systems. Appl and Environ Microbiol 70:12 7571-7573

Shelton BG Kirkland KH Flanders WD Morris GK (2002) Profiles of airborne
fungi in buildings and outdoor environments in the United States. Appl and
Environ Microbiol April 1743-1753

Siddiqui S et al (2007) Fulminant Mulch Pneumonitis  An Emergency Presentation
of Chronic Granulomatous Disease. CID 45 673-681



SpecialPathogenlab.com Pseudomonas aeruginosa fact sheet

Van Ingen J Blaak H De Beer J Husman A-M deR Van Scolingen D (2010) Rapidly Growing Nontuberculous Mycobacteria Cultured from Home Tap and Shower Water. Appl Environ Microbiol 76.17 6017-6019

World Health Organization Guidelines for Indoor Air· Dampness and Mould. 2009 World Health Organization. Copenhagen, Denmark.

Case 8:10-cv-00711-DOC-AN   Document 100   Filed 07/11/12   Page 61 of 64   Page ID #:2288

# EXHIBIT F



Exhibit ___F___ Pg. __61__





Kleinman

Gibson

Tait







Isabella

Wentworth



