1  JAMES M. HANSEN, ESQ. (SBN 180177)
   THOMAS M. RUTHERFORD, JR., ESQ. (SBN 192242)
2  **WILLIS DEPASQUALE, LLP**
   725 W. Town & Country Road, Suite 550
3  Orange, California 92868
   Tel    :    (714) 544-6000
4  Fax    :    (714) 544-6202
   Email  :    jhansen@wdlegal.net
5  Email  :    trutherford@wdlegal.net

6  Attorneys for Defendant,
   **BSH HOME APPLIANCES CORPORATION**

## IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| SHARON COBB, BEVERLY GIBSON, TRISH ISABELLA, DIANA TAIT, NANCY WENTWORTH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BSH HOME APPLIANCES CORPORATION, a Delaware Corporation,<br><br>Defendant. | Case No. SACV10-711-DOC (ANx)<br><br>**PROOF OF SERVICE**<br><br>*Assigned to:*<br>U.S. District Judge: David O. Carter<br>Courtroom: 9D<br><br>Discovery Magistrate Judge: Arthur Nakazato |

- 1 -

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        )
COUNTY OF ORANGE        )

I am employed in the County of Orange, State of California, I am over the age of 18 years and not a party to the within action; my business address is 725 W. Town & Country Road, Suite 550 Orange, California.

On this date, I served the foregoing document described as:

1. NOTICE OF MANUAL FILING
2. APPLICATION TO FILE UNDER SEAL THE UNREDACTED DECLARATION, EXPERT REPORT, AND ATTACHED EXHIBITS OF BRIAN CLARK IN SUPPORT OF BSH HOME APPLIANCES CORPORATION'S MOTION TO EXCLUDE EXPERT REPORT AND TESTIMONY OF PLAINTIFFS' EXPERT BRIAN CLARK
3. DECLARATION OF BRIAN CLARK IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
4. PROPOSED ORDER
5. NOTICE OF MANUAL FILING
6. APPLICATION TO FILE UNDER SEAL DEFENDANT BSH HOME APPLIANCES CORPORATION'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION AND APPENDIX OF CONFIDENTIAL DOCUMENTS FILED IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICAITON
7. BSH HOME APPLIANCES CORPORATION'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
8. BSH HOMOE APPLIANCES CORPORATION'S APPENDIX OF CONFIDENTIAL DOCUMENTS FILED UNDER SEAL IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
9. PROPOSED ORDER

Said document was served on the interested party or parties in this action by placing a true copy thereof, enclosed in a sealed envelope, and addressed as noted below.

I am familiar with our firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Orange, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one working day after the date of deposit for mailing in this declaration.

__XX__   (By Mail) I deposited such envelope in the mail at Orange, California. The envelope was mailed with postage thereon fully prepaid.

____   (By Facsimile)  In addition to regular mail, I sent this document via facsimile, number(s) as listed on the attached mailing list.

1  ___   (By ECF) (E-Service) I caused said document(s) to be transmitted electronically to the interested parties pursuant to the ECF Service List.

2  XX   (By Personal Service) Such envelope was delivered by hand to the below addressee.

3  ___   (By Overnight Mail) I arranged for such envelope to be delivered to the following addresses by overnight mail:

Stuart M. Eppsteiner, Esq.
Andrew J. Kubik, Esq.
**EPPSTEINER & FIORICA ATTORNEYS, LLP**
12555 High Bluff Drive, Suite 155
San Diego, CA 92130

Executed on July 11, 2012, at Orange, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. I further declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
DONNA J. HUNT

## SERVICE LIST

Case Name   :   TAIT, *et al.* v. BSH HOME APPLIANCES CORPORATION
Court       :   USDC – SOUTHERN DIVISION
Case No.    :   SACV10-711 DOC (ANx)

Stuart M. Eppsteiner, Esq.
Andrew J. Kubik, Esq.
**EPPSTEINER & FIORICA ATTORNEYS, LLP**
12555 High Bluff Drive, Suite 155
San Diego, CA 92130
T:   (858) 350-1500
F:   (858) 350-1501
E:   sme@eppsteiner.com
E:   ajk@eppsteiner.com
**Attorneys for Plaintiffs and the Class**
[Diana Tait;  Nancy Wentworth; Trish Isabella; Sharon Cobb; Beverly Gibson]

Richard J. Burke, Esq.
**COMPLEX LITIGATION GROUP LLC**
1010 Market Street, Suite 660
St. Louis, MO 63101
T:   (314) 880-7000
F:   (314) 880-7777
E:   Richard@complexlitgroup.como
**Attorneys for Plaintiffs**
[Diana Tait;  Nancy Wentworth; Trish Isabella; Sharon Cobb; Beverly Gibson]

Daniel C. Levin, Esq.
**LEVIN, FISHBEIN, SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
E:   dlevin@lfsblaw.com
T:   (215) 592-1500
F:   (215) 592.4663
E:   dlevin@lfsbla2.com
**Counsel for Plaintiff**
[Trish Isabella]

Rev. 6/6/12