Name and address:

Elmer Robert Keach, III
Law Offices of Elmer Robert Keach, III, PC
1040 Riverfront Center
P. O. Box 70
Amsterdam, NY 12010

*Lodged proposed order*

FILED
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
2012 JUL 12 PM 2:57
BY ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Sharon Cobb, et al | CASE NUMBER |
|---|---|
| Plaintiff(s) | SACV10-711 CJC (ANx) |
| v. | |
| BSH Home Appliances Corporation, a Delaware Corporation | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |
| Defendant(s). | |

NOTICE: Effective July 26, 2010, the fee for *Pro Hac Vice* Appearance is $275.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Elmer Robert Keach, III_____, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff ☐ Defendant: Trish Isabella_____ by whom I have been retained.

My business information is:
Law Offices of Elmer Robert Keach, III, PC
*Firm Name*

1040 Riverfront Center
*Street Address*

Amsterdam, NY  12010          bobkeach@keachlawfirm.com
*City, State, Zip*                          *E-Mail Address*

518.434.1718                            518.770.1558
*Telephone Number*                     *Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| See attached sheet. | |
| | |
| | |
| | |

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate Jordan L. Lurie, Esquire as local counsel, whose business information is as follows:

Weiss & Lurie
*Firm Name*

1516 S. ~~BUNDY~~ BUNDY DR., ~~10940 Wilshire Blvd,~~ Ste. ~~2300~~ 309
*Street Address*

Los Angeles, CA ~~90024~~ 90025
*City, State, Zip*

jlurie@weisslurie.com
*E-Mail Address*

310-208-2800
*Telephone Number*

310-209-2348
*Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated June 1, 2012

Elmer Robert Keach, III
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated June 4, 2012

Jordan L. Lurie, Esquire
*Designee's Name (please print)*

Jordan L. Lurie  by Ray with express authorization
*Designee's Signature*

130013
*Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**

# SUPREME COURT OF
# THE STATE OF NEW YORK
# APPELLATE DIVISION, FOURTH DEPARTMENT
# ROCHESTER, NEW YORK

I, ALAN L. ROSS, Deputy Clerk of the Appellate Division of the Supreme Court in the Fourth Judicial Department, State of New York, do hereby certify that

## *Elmer Robert Keach, III*

*was duly admitted to practice as an attorney and counselor at law in all courts of this state by this Court on* **April 1, 1997**, *and appears in good standing upon the roll of attorneys and counselors, and other records, in this office and has registered with the administrative office of the Courts as required by Judiciary Law §468-a.*



**IN WITNESS WHEREOF**, *I have hereunto set my hand and affixed the seal of this Court, at the City of Rochester, June 1, 2012.*

_____
Deputy Clerk of the Court

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON COBB, *et. al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BSH HOME APPLIANCES CORP., <br><br> Defendant. | SACV 10-711 CJC (ANx) |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing Application of Non-Resident Attorney was served on all counsel of record by regular mail on July 11, 2012, at the following addresses:

Stuart M. Eppsteiner, Esq.
Eppsteiner & Fiorica Attorneys, LLP
12555 High Bluff Drive, Suite 155
San Diego, CA 92130

Daniel Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Jordan L. Lurie, Esq.
Weiss & Lurie
1516 S. Bundy Drive, Suite 309
Los Angeles, CA 90025

Eric D. Freed, Esq.
Freed & Weiss, LLC
111 West Washington Street, Suite 1331
Chicago, IL 60602

James M. Hansen, Esq.
Willis DePasquale, LLP
725 West Town & Country Road
Suite 550
Orange, CA 92868

Certified By:

/s Elmer Robert Keach, III
Elmer Robert Keach, III, Esquire

Dated: July 11, 2012