Name & Address:

Elmer Robert Keach, III, Esquire
Law Offices of Elmer Robert Keach, III, PC
1040 Riverfront Center
P.O. Box 70
Amsterdam, NY 12010

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 17 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Sharon Cobb, et al | CASE NUMBER: |
|---|---|
| Plaintiff(s) | SACV10-711 CJC (ANx) |
| v. | |
| BSH Home Appliances Corporation, a Delaware Corporation | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of __Elmer Robert Keach, III__, of __The Law Offices of Elmer Robert Keach, III, PC__
    *Applicant's Name*                      *Firm Name / Address*

__518.434.1718__                            __bobkeach@keachlawfirm.com__
    *Telephone Number*                      *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff ☐ Defendant
☐ Intervener or other interested person _____

and the designation of __Jordan Lurie, Esquire, California Bar Number 130013__
                        *Local Counsel Designee /State Bar Number*
of __Weiss & Lurie, 1516 S. Bundy Dr., Suite 309, Los Angeles, CA 90025__
                        *Local Counsel Firm / Address*

__310-208-2800__                            __jlurie@weisslurie.com__
    *Telephone Number*                      *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☑ GRANTED
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated __7/16/12__                           __/s/ C.J.G.__
                                            U. S. District Judge/~~U.S. Magistrate Judge~~