1
2
3
4
5
6
7

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SHARON COBB, BEVERLY GIBSON, TRISH ISABELLA, DIANA TAIT, NANCY WENTWORTH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BSH HOME APPLIANCES CORPORATION, a Delaware Corporation,<br><br>Defendant. | Case No. SACV10-711 DOC (ANx)<br><br>**ORDER GRANTING PLAINTIFFS' AMENDMENTS TO SECOND CONSOLIDATED AMENDED COMPLAINT RE SUBSTITUTION OF ILLINOIS CLASS REPRESENTATIVE**<br><br>*Assigned to:*<br>District Judge: David O. Carter<br>Place: Courtroom 9D<br><br>Discovery Magistrate Judge: Arthur Nakazato |

Following on this Court's Order of December 20, 2012, and having considered Plaintiffs' Proposed Amendments to Second Consolidated Amended Complaint Re Substitution of Illinois Class Representative, the Court orders the Second Consolidated Amended Complaint amended as follows:

1. Brian Bolf is added to the list of Plaintiffs in the caption;

2. References to "Diana Tait" or "Tait" are replaced with "Brian Bolf" or "Bolf" and corresponding references to "she" or "her" are replaced with "he" and "his" throughout the SCAC, with the exception of paragraph 62;

3. Paragraphs 20-22 of the SCAC are replaced with the following paragraphs:

20. Plaintiff Brian Bolf is a citizen of Illinois and resides in Chicago, Illinois. On or about November 7, 2007, Plaintiff Bolf purchased a Bosch Nexxt Washing Machine from Lowes located in St. Charles, Illinois. Within six to eight months of owning and operating the Machine for normal household use, and as recommended by Bosch, the Machine accumulated Biofilm and developed Foul Odors and the Mold Problem. Plaintiff Bolf notified Bosch on several occasions that he was experiencing Foul Odors emanating from his Machine and mildew stains on his door gasket. During one of his first calls to Bosch, Bosch recommended that Plaintiff Bolf run an empty cycle through the Washer with just detergent in it and then to leave the door open for several days following the cleaning cycle until the unit completely dried out.

21. Despite complying fully with Bosch's maintenance instructions, including running frequent empty cleaning cycles using costly cleaning agents, the Foul Odors persisted. Plaintiff Bolf again called Bosch and this time demanded a refund or replacement washing machine. Bosch refused. In the spring of 2009, Plaintiff Bolf continued to experience Foul Odors emanating from his Washer and also noticed black mildew stains on the Washer's door gasket and on his clothes. He once again called Bosch to inform Bosch of the problems he was having with his Washer.

Bosch recommended that Plaintiff Bolf replace his door gasket. Plaintiff Bolf paid approximately $150.00 to have his door gasket replaced. Within six months of replacing the door gasket and continuing his maintenance ritual, Plaintiff Bolf still had Foul Odors and the recently-replaced door gasket had black mildew stains. Several months later, Plaintiff Bolf replaced the door gasket again.

22. In July 2011, Plaintiff Bolf, unsatisfied with the performance of his Washer and the cost of ineffective maintenance, stopped using his Washer and stored it in his garage. Plaintiff Bolf replaced his Washer with a high-efficiency top-loading clothes washer.

4. Paragraphs 56 and 57 of the SCAC are replaced with the following paragraphs:

56. **Consumer Representative Bolf**. Mr. Bolf observed and examined a Washer at Lowes on or about November 7, 2007, including opening the door, as well as the detergent dispenser lid. At this time, Mr. Bolf specifically observed and read labels on the Washer itself, including the phrase "High Efficiency," the warning labels, the recommendation to use "High Efficiency Detergent," as well as the yellow U.S. Department of Energy "EnergyGuide" label on or in the Machine. Nowhere on the Washing Machine did Bosch disclose that the Washer had a high propensity to develop the Mold Problem, Foul Odors, Biofilm, or that it required Extraordinary Actions that would cause him to incur Undisclosed Additional Operating Expenses.

5. Figures 8-11 of the SCAC are replaced with the following figures:

1    **Figure 8: Console Overview**



16   **Figure 9: Dispenser Lid Open**

27 ///

28 ///

- 4 -
ORDER GRANTING AMENDMENTS TO SCAC
197378                                            Case No. SACV10-711 DOC (ANx)

1  Figure 10: Warning Labels on Door Frame



Figure 11: Control Panel



///

///

///

6. The following sentence is deleted from paragraph 178 of the SCAC: "In the case of Consumer Representative Tait, Ms. Tait is the third party beneficiary of the contract for sale of a Washing Machine from Bosch to ABT Electronics & Appliances."

**IT IS SO ORDERED.**

DATED: February 11, 2013

*David O. Carter*
The Honorable David O. Carter
United Stated District Judge

- 6 -
**ORDER GRANTING AMENDMENTS TO SCAC**
197378                                    Case No. SACV10-711 DOC (ANx)