FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 23 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SHARON COBB; et al.,

    Plaintiffs - Respondents,

v.

BSH HOME APPLIANCES CORPORATION,

    Defendant - Petitioner.

No. 13-80000

D.C. No. 8:10-cv-00711-DOC-AN
Central District of California,
Santa Ana

ORDER



Before: GRABER and BEA, Circuit Judges.

    Petitioner's motion for reconsideration is denied.  *See* 9th Cir. R. 27-10.

    No further filings will be entertained in this closed case.

SLJ/MOATT