Stuart M. Eppsteiner (SBN 098973)
sme@eppsteiner.com
Andrew J. Kubik (SBN 246902)
ajk@eppsteiner.com
Zelekha Amirzada (SBN 250419)
za@eppsteiner.com
**EPPSTEINER & FIORICA ATTORNEYS, LLP**
12555 High Bluff Dr., Ste. 155
San Diego, CA  92130
Tel. (858) 350-1500
Fax (858) 350-1501

Counsel for Plaintiffs and the Class

Elwood Lui (SBN 45538)
elui@jonesday.com
Frederick L. McKnight (SBN 55183)
fmcknight@jonesday.com
Erik K. Swanholt (SBN 198042)
ekswanholt@jonesday.com
**JONES DAY**
555 South Flower Street, 15th Floor
Los Angeles, California 90071-2300
Tel:  (213) 489-3939
Fax: (213) 243-2539

Counsel for Defendant
BSH HOME APPLIANCES CORPORATION

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| SHARON COBB, et al., individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>     vs.<br><br>BSH HOME APPLIANCES CORPORATION, a Delaware Corporation,<br><br>            Defendant. | Case No. SACV10-711 DOC (ANx)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION AND AMENDING SCHEDULING ORDER**<br><br>*Assigned to:*<br>District Judge:  David O. Carter<br>Courtroom 9D<br><br>Discovery Magistrate Judge:<br>Arthur Nakazato |

The Court having reviewed Plaintiffs and Defendant BSH Home Appliances Corporations' Joint Stipulation Amending this Court's Scheduling Order, orders that its Scheduling Order is Amended as follows:

**DISCOVERY**

1. The parties shall complete Percipient Discovery on or before May 28, 2014.

**EXPERT REPORTS AND DISCLOSURES**

2. Defendant shall disclose its non-damages responsive experts' report and produce its non-damages responsive experts' reports, except as to those material protected from disclosure by Federal Rule of Civil Procedure, Rule 26 (b)(3)(A) and (B), Rule 26 (b)(4)(B) and Rule 26 (b)(4)(C), on May 14, 2014.

3. Plaintiffs shall disclose their non-damages experts that reply to Defendant's initial non-damages expert reports and produce their non-damages experts' reports that respond to Defendant's initial non-damages expert reports, except as to those material protected from disclosure by Federal Rule of Civil Procedure, Rule 26 (b)(3)(A) and (B), Rule 26 (b)(4)(B) and Rule 26 (b)(4)(C), on or before May 14, 2014.

4. Plaintiffs' non-damages experts may perform work and formulate opinions regarding the Defendant's non-damages responsive experts' reports, and will be prepared to testify to those opinions at deposition taken later than 30 days after Defendant's disclosure of its non-damages responsive expert reports and disclosures.

5. If Defendant discloses on May 14, 2014 any non-damages experts who were not previously disclosed, Plaintiffs shall have 45 days to disclose their responsive experts and any reports prepared responding to opinions disclosed by Defendant's newly disclosed expert(s).

6. Defendant shall disclose its responsive damage experts and produce its disclosed experts' reports, except as to those material protected from disclosure by Federal Rule of Civil Procedure, Rule 26 (b)(3)(A) and (B), Rule 26 (b)(4)(B) and Rule 26 (b)(4)(C), on or before May 12, 2014.

7. Plaintiffs shall disclose their reply damages experts and produce their experts' reports, except as to those material protected from disclosure by Federal Rule of Civil Procedure, Rule 26 (b)(3)(A) and (B), Rule 26 (b)(4)(B) and Rule 26 (b)(4)(C), on or before June 9, 2014.

8. The parties shall complete expert discovery, including the depositions of all disclosed experts on or before July 11, 2014.

**LAW & MOTION AND PRE-TRIAL PROVISIONS**

9. Motions for Summary Judgment shall be filed on or before July 17, 2014, and said brief shall not exceed 30 pages.

10. Oppositions to a Motion for Summary Judgment and a party's Daubert Motions to Exclude Evidence proffered in support of or opposition to a Motion for Summary Judgment shall be filed on or before August 13, 2014, and each said brief shall not exceed 30 pages.

11. Each Motion for Summary Judgment reply brief shall be filed on or before August 25, 2014, and not exceed 20 pages.

12. Each Daubert Motion opposition brief regarding a party's Motion for Summary Judgment shall be filed on or before August 25, 2014, and shall not exceed 30 pages.

13. Each Daubert Motion reply brief, in support of a motion to exclude evidence in support of a party's motion for summary judgment shall be filed on September 1, 2014, and said brief shall not exceed 20 pages.

14. The hearing on the Motions for Summary Judgment shall be September 8, 2014.

15. Defendant's Motion to Decertify shall be filed on or before July 24, 2014, and said brief shall not exceed 30 pages.

16. Opposition to Defendant's Motion to Decertify and Plaintiffs' Daubert Motions to Exclude Evidence proffered in support of Defendant's Motion to Decertify shall be filed on or before August 20, 2014, and each such brief shall not exceed 30 pages.

17. Reply briefs in support of Defendant's Motion to Decertify shall be filed on or before September 1, 2014, and said brief shall not exceed 20 pages.

18. Defendants opposition to Plaintiffs' Daubert Motions to exclude evidence proffered in support of Defendant's Motion to Decertify shall be filed on or before September 1, 2014, and said brief shall not exceed 30 pages.

19. Plaintiffs' reply brief in support of its Daubert Motions to exclude evidence in support of Defendant's Motion to Decertify shall be filed on or before September 8, 2014, and shall not exceed 20 pages.  The hearing on Defendant's Motion to Decertify and the Defendants and/or Plaintiffs' Daubert Motions to exclude evidence re Motion to Decertify shall be set for September 15, 2014.

20. The parties' Daubert Motions to Exclude evidence at trial shall be filed on or before July 24, 2014, and said briefs shall not exceed 30 pages.

21. The parties' oppositions to Daubert Motions to Exclude evidence at trial shall be filed on or before August 20, 2014, and said briefs shall not exceed 30 pages.

22. The parties' replies in support of their Daubert Motions to Exclude evidence at trial shall be filed on or before September 1, 2014, and said briefs shall not exceed 20 pages.

23. The parties shall conduct and complete mediation on or before September 8, 2014.

**PRE-TRIAL DATES**

24. The last day to file and serve the List of Trial Witnesses shall be September 29, 2014.

25. The last day to comply with Pretrial Disclosures shall be September 29, 2014.

26. The last day to file the Joint List of Exhibits shall be September 29, 2014

27. The last day to lodge the Final Pretrial Order with the Clerk shall be October 9, 2014.

28. The Pre-Trial Conference shall take place on October 20, 2014, at 8:30 a.m., in Courtroom 9A.

29. The last day for each party to file and serve its Trial Brief shall be November 4, 2014.

30. Trial shall be held on November 11, 2014, at 8:30 a.m., in Courtroom 9A.

**TRIAL**

31. Trial shall commence before the Honorable David O. Carter, United States District Court Judge, on November 11, 2014, at 8:30 a.m., in Courtroom 9A.

IT IS SO ORDERED.

April __, 2014

　　　　　　　　　　　　　　　　　Honorable David O. Carter
　　　　　　　　　　　　　　　　　United States District Court Judge