GZJ KDKV'O '''



CRA No. D19667

March 6, 2014

Frederick L. McKnight, Esq.
Jones Day
555 S. Flower Street
Los Angeles, CA 90071

**Re**:    **Sharon Cobb, Dennis Demereckis, Beverly Gibson, Trish Isabella, and Nancy Wentworth, individually and on behalf of all others similarly situated vs. BSH Home Appliances Corporation**

Dear Mr. McKnight,

Enclosed is our billing for professional services rendered in connection with the above referenced matter for the period through February 28, 2014.

If you have any questions, please do not hesitate to contact me at 312-357-1000 or swilliamson@crai.com.

Sincerely,

Susan Williamson
Billing Analyst

Enclosure



CRA No. D19667

March 6, 2014

Frederick L. McKnight, Esq.
Jones Day
555 S. Flower Street
Los Angeles, CA 90071

**CRA Invoice Number:**     **1010449**

**Re:**     **Sharon Cobb, Dennis Demereckis, Beverly Gibson, Trish Isabella, and Nancy Wentworth, individually and on behalf of all others similarly situated vs. BSH Home Appliances Corporation**

Activity Dates: through February 28, 2014

| | |
|---|---|
| Professional Fees | 111,656.00 |
| **Total Invoice:** | **$ 111,656.00** |

**Please remit payment via:**

| Wire: | ACH: | Lockbox: |
|---|---|---|
| CRA International | CRA International | CRA International |
| Account#. 1139714659 | Account#. 1139714659 | PO Box 845960 |
| ABA#. 011500120 | ABA#. 211070175 | Boston, MA  02284-5960 |
| SWIFT#. CTZIUS33 | RBS Citizens Bank | |
| RBS Citizens Bank | 1 Citizens Dr | |
| 1 Citizens Dr | Riverside, RI 02915 | |
| Riverside, RI 02915 | | |

NOTE:       CRA International, Inc. is not subject to backup withholding.
                Our corporate Federal Taxpayer Identification Number is 04-2372210.

Invoices are due and payable upon receipt. CRA International, Inc. reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.

CRA No. D19667

March 6, 2014

Frederick L. McKnight, Esq.
Jones Day
555 S. Flower Street
Los Angeles, CA 90071

**CRA Invoice Number:** **1010449**

**Re:** **Sharon Cobb, Dennis Demereckis, Beverly Gibson, Trish Isabella, and Nancy Wentworth, individually and on behalf of all others similarly situated vs. BSH Home Appliances Corporation**

PROFESSIONAL SERVICES FOR THE PERIOD  THROUGH FEBRUARY 28, 2014

| PROFESSIONAL FEES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Halpern, Janice | 21.70 | 780.00 | 16,926.00 |
| Murphy, Kevin | 3.50 | 1,250.00 | 4,375.00 |
| Hunter, Chip | 0.75 | 680.00 | 510.00 |
| Taylor, Sean | 76.00 | 620.00 | 47,120.00 |
| Ojha, Niraj | 71.00 | 400.00 | 28,400.00 |
| Barnett, Alex | 25.00 | 365.00 | 9,125.00 |
| Associate/Analyst | 16.00 | | 5,200.00 |
| TOTAL PROFESSIONAL FEES | 213.95 | | $ 111,656.00 |
| | | **TOTAL INVOICE** | **$ 111,656.00** |

# BSH-Washing Machines
## BREAKDOWN OF HOURS
### Number: D19667-1

| Date | Name | Hours | Task | Work Description |
|---|---|---|---|---|
| 5-Feb-14 | Janice Halpern | 2.5 | 0 | Reviewed documents |
| 11-Feb-14 | Janice Halpern | 0.5 | 0 | Reviewed documents |
| 13-Feb-14 | Janice Halpern | 1.5 | 0 | Reviewed Whirlpool reports |
| 14-Feb-14 | Janice Halpern | 0.2 | 0 | Downloaded expert reports; reviewed; sent to Murphy |
| 15-Feb-14 | Janice Halpern | 1 | 0 | Reviewed expert reports |
| 16-Feb-14 | Janice Halpern | 1.7 | 0 | Reviewed backup; considered projects |
| 17-Feb-14 | Janice Halpern | 0.3 | 0 | Reviewed documents |
| 18-Feb-14 | Janice Halpern | 3.5 | 0 | Reviewed documents; considered projects |
| 19-Feb-14 | Janice Halpern | 2 | 0 | Reviewed documents; considered projects |
| 20-Feb-14 | Janice Halpern | 1 | 0 | Reviewed documents; considered projects |
| 24-Feb-14 | Janice Halpern | 5 | 0 | Reviewed documents; prepared for and participated in call with client and Murphy |
| 25-Feb-14 | Janice Halpern | 1 | 0 | Considered document request |
| 26-Feb-14 | Janice Halpern | 0.5 | 0 | Worked on document request |
| 27-Feb-14 | Janice Halpern | 0.5 | 0 | Reviewed data analysis |
| 28-Feb-14 | Janice Halpern | 0.5 | 0 | Sent information request |
| 28-Feb-14 | Kevin Murphy | 3.5 | 0 | For services rendered in the month of February 2014. |
| 26-Feb-14 | Chip Hunter | 0.75 | 0 | Confer with Taylor. |
| 17-Feb-14 | Sean Taylor | 6 | 0 | Reviewed documents. |
| 18-Feb-14 | Sean Taylor | 8 | 0 | Reviewed expert reports and backup. |
| 19-Feb-14 | Sean Taylor | 8 | 0 | Reviewed documents and data. |
| 20-Feb-14 | Sean Taylor | 7.5 | 0 | Reviewed expert reports and analyzed data. |
| 21-Feb-14 | Sean Taylor | 6.5 | 0 | Reviewed and analyzed data. |
| 23-Feb-14 | Sean Taylor | 1.5 | 0 | Reviewed expert reports. |
| 24-Feb-14 | Sean Taylor | 9 | 0 | Reviewed expert reports and backup. Call with Counsel. |
| 25-Feb-14 | Sean Taylor | 8 | 0 | Reviewed expert reports and backup. Analyzed data. Supervised staff. |
| 26-Feb-14 | Sean Taylor | 6.5 | 0 | Reviewed and analyzed data. Prepared charts. |
| 27-Feb-14 | Sean Taylor | 8 | 0 | Reviewed and analyzed data. Supervised staff. |
| 28-Feb-14 | Sean Taylor | 7 | 0 | Reviewed and analyzed documents and data. |
| 18-Feb-14 | Niraj Ojha | 7 | 0 | Analyzed data and documents. |
| 19-Feb-14 | Niraj Ojha | 8 | 0 | Analyzed data and documents. |
| 20-Feb-14 | Niraj Ojha | 8 | 0 | Analyzed data and documents. |
| 21-Feb-14 | Niraj Ojha | 8 | 0 | Analyzed data and documents. |
| 24-Feb-14 | Niraj Ojha | 9 | 0 | Analyzed data and documents. |
| 25-Feb-14 | Niraj Ojha | 8 | 0 | Analyzed data and documents. |
| 26-Feb-14 | Niraj Ojha | 8 | 0 | Analyzed data and documents. |
| 27-Feb-14 | Niraj Ojha | 7 | 0 | Analyzed data and documents. |
| 28-Feb-14 | Niraj Ojha | 8 | 0 | Analyzed data and documents. |

| Date | Name | Hours | | Description |
|---|---|---|---|---|
| 17-Feb-14 | Alex Barnett | 2 | 0 | Analysis of court documents and Erickson/Rysman backup |
| 18-Feb-14 | Alex Barnett | 2 | 0 | Analysis of court documents and Erickson/Rysman backup |
| 19-Feb-14 | Alex Barnett | 2.5 | 0 | Analysis of court documents and Erickson/Rysman backup |
| 20-Feb-14 | Alex Barnett | 1 | 0 | Analysis of court documents and Erickson/Rysman backup |
| 24-Feb-14 | Alex Barnett | 1 | 0 | Analysis of Plaintiffs' Expert backup data |
| 25-Feb-14 | Alex Barnett | 4 | 0 | Analysis of Plaintiffs' Expert backup data |
| 26-Feb-14 | Alex Barnett | 6 | 0 | Analysis of Plaintiffs' Expert backup data |
| 27-Feb-14 | Alex Barnett | 5 | 0 | Analysis of Plaintiffs' Expert backup data |
| 28-Feb-14 | Alex Barnett | 1.5 | 0 | Analysis of Plaintiffs' Expert backup data |
| 18-Feb-14 | Noza Djurakulova | 4 | 0 | Analyzed data and documents. |
| 19-Feb-14 | Noza Djurakulova | 4 | 0 | Analyzed data and documents. |
| 20-Feb-14 | Noza Djurakulova | 3 | 0 | Analyzed data and documents. |
| 21-Feb-14 | Noza Djurakulova | 2 | 0 | Analyzed data and documents. |
| 24-Feb-14 | Noza Djurakulova | 2 | 0 | Analyzed data and documents. |
| 25-Feb-14 | Noza Djurakulova | 1 | 0 | Analyzed data and documents. |

| | Total Hours | 213.95 | | |
|---|---|---|---|---|



CRA No. D19667

April 22, 2014

Frederick L. McKnight, Esq.
Jones Day
555 South Flower Street
50th Floor
Los Angeles, CA 90071

**Re**: **Sharon Cobb, Dennis Demereckis, Beverly Gibson, Trish Isabella, and Nancy Wentworth, individually and on behalf of all others similarly situated vs. BSH Home Appliances Corporation**

Dear Mr. McKnight,

Enclosed is our billing for professional services rendered in connection with the above referenced matter for the period March 1, 2014 through March 31, 2014.

If you have any questions, please do not hesitate to contact me at 312-357-1000 or swilliamson@crai.com.

Sincerely,

Susan Williamson
Billing Analyst

Enclosure



CRA No. D19667

April 22, 2014

Frederick L. McKnight, Esq.
Jones Day
555 South Flower Street
50th Floor
Los Angeles, CA 90071

**CRA Invoice Number:**     **1011277**

**Re:**    **Sharon Cobb, Dennis Demereckis, Beverly Gibson, Trish Isabella, and Nancy Wentworth, individually and on behalf of all others similarly situated vs. BSH Home Appliances Corporation**

Activity Dates: March 1, 2014 through March 31, 2014

|  |  |
|---|---|
| Professional Fees | 192,071.50 |
| **Total Invoice:** | **$ 192,071.50** |

**Please remit payment via:**

| **Wire:** | **ACH:** | **Lockbox:** |
|---|---|---|
| CRA International | CRA International | CRA International |
| Account#. 1139714659 | Account#. 1139714659 | PO Box 845960 |
| ABA#. 011500120 | ABA#. 211070175 | Boston, MA  02284-5960 |
| SWIFT#. CTZIUS33 | RBS Citizens Bank | |
| RBS Citizens Bank | 1 Citizens Dr | |
| 1 Citizens Dr | Riverside, RI 02915 | |
| Riverside, RI 02915 | | |

NOTE:      CRA International, Inc. is not subject to backup withholding.
           Our corporate Federal Taxpayer Identification Number is 04-2372210.

Invoices are due and payable upon receipt. CRA International, Inc. reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.

CRA No. D19667

April 22, 2014

Frederick L. McKnight, Esq.
Jones Day
555 South Flower Street
50th Floor
Los Angeles, CA 90071

**CRA Invoice Number:**     **1011277**

**Re:**     **Sharon Cobb, Dennis Demereckis, Beverly Gibson, Trish Isabella, and Nancy Wentworth, individually and on behalf of all others similarly situated vs. BSH Home Appliances Corporation**

PROFESSIONAL SERVICES FOR THE PERIOD MARCH 1, 2014 THROUGH MARCH 31, 2014

| PROFESSIONAL FEES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Halpern, Janice | 11.30 | 780.00 | 8,814.00 |
| Murphy, Kevin | 6.50 | 1,250.00 | 8,125.00 |
| Taylor, Sean | 124.00 | 620.00 | 76,880.00 |
| Ojha, Niraj | 140.50 | 400.00 | 56,200.00 |
| Barnett, Alex | 69.00 | 365.00 | 25,185.00 |
| Totas, Kenneth | 0.25 | 255.00 | 63.75 |
| Wu, Eric | 7.75 | 365.00 | 2,828.75 |
| Associate/Analyst | 43.00 | | 13,975.00 |
| TOTAL PROFESSIONAL FEES | 402.30 | | $ 192,071.50 |

**TOTAL INVOICE**     **$ 192,071.50**

BSH-Washing Machines
BREAKDOWN OF HOURS
Number: D19667-2

| Date | Name | Hours | Task | Work Description |
|------|------|-------|------|------------------|
| 5-Mar-14 | Janice Halpern | 2 | 0 | Meeting with client |
| 9-Mar-14 | Janice Halpern | 1 | 0 | Discussion with Murphy and Taylor |
| 11-Mar-14 | Janice Halpern | 0.5 | 0 | Discussion with Sarah about our information request |
| 15-Mar-14 | Janice Halpern | 1.2 | 0 | Reviewed documents |
| 16-Mar-14 | Janice Halpern | 1.6 | 0 | Reviewed documents |
| 17-Mar-14 | Janice Halpern | 1.5 | 0 | Reviewed docs; supervised research projects |
| 19-Mar-14 | Janice Halpern | 1.5 | 0 | Participated in conference call with Jonathan and Sarah; reviewed data analysis |
| 25-Mar-14 | Janice Halpern | 1 | 0 | Discussed case with Taylor; reviewed documents |
| 28-Mar-14 | Janice Halpern | 1 | 0 | Reviewed outline |
| 28-Mar-14 | Kevin Murphy | 6.5 | 0 | For services rendered in the month of March 2014. |
| 3-Mar-14 | Sean Taylor | 8 | 0 | Reviewed and analyzed data. Prepared charts and tables. |
| 4-Mar-14 | Sean Taylor | 6.5 | 0 | Reviewed and analyzed data. Prepared charts and tables. Supervised staff. |
| 5-Mar-14 | Sean Taylor | 9 | 0 | Reviewed and analyzed data. Meeting with Counsel. |
| 6-Mar-14 | Sean Taylor | 7.5 | 0 | Reviewed documents and data. Supervised staff. |
| 7-Mar-14 | Sean Taylor | 8 | 0 | Reviewed documents and data. Supervised staff. |
| 9-Mar-14 | Sean Taylor | 2.5 | 0 | Reviewed documents and data. Project discussion. |
| 11-Mar-14 | Sean Taylor | 0.8 | 0 | Reviewed results of analyses. |
| 12-Mar-14 | Sean Taylor | 0.7 | 0 | Reviewed results of analyses. |
| 14-Mar-14 | Sean Taylor | 1.5 | 0 | Reviewed data and memoranda. Supervised staff. |
| 17-Mar-14 | Sean Taylor | 8 | 0 | Reviewed documents and analyzed data. |
| 18-Mar-14 | Sean Taylor | 5.5 | 0 | Reviewed documents, analyzed data, and supervised staff. |
| 19-Mar-14 | Sean Taylor | 7.5 | 0 | Analyzed data and supervised staff.  Call with Wecker team. |
| 20-Mar-14 | Sean Taylor | 8 | 0 | Reviewed and analyzed data.  Prepared tables. |
| 21-Mar-14 | Sean Taylor | 2 | 0 | Reviewed and analyzed data. Supervised staff. |
| 24-Mar-14 | Sean Taylor | 5.5 | 0 | Analyzed data; prepared tables; supervised staff. |
| 25-Mar-14 | Sean Taylor | 6.5 | 0 | Reviewed and analyzed data. Supervised staff. |
| 26-Mar-14 | Sean Taylor | 9.5 | 0 | Reviewed and analyzed data. Supervised staff. |

| Date | Name | Hours | | Description |
|---|---|---|---|---|
| 27-Mar-14 | Sean Taylor | 7 | 0 | Assisted with preparing outline for expert report. Supervised staff. |
| 28-Mar-14 | Sean Taylor | 8 | 0 | Analyzed data and prepared charts. Assisted with preparing outline for expert report. |
| 29-Mar-14 | Sean Taylor | 1 | 0 | Reviewed documents. |
| 30-Mar-14 | Sean Taylor | 2.5 | 0 | Reviewed documents and data. |
| 31-Mar-14 | Sean Taylor | 8.5 | 0 | Reviewed Rysman backup. Prepared tables. Supervised staff. |
| 3-Mar-14 | Niraj Ojha | 8.5 | 0 | Analyzed data and documents. |
| 4-Mar-14 | Niraj Ojha | 6 | 0 | Analyzed data and documents. |
| 5-Mar-14 | Niraj Ojha | 8 | 0 | Analyzed data and documents. |
| 6-Mar-14 | Niraj Ojha | 8 | 0 | Analyzed data and documents. |
| 7-Mar-14 | Niraj Ojha | 4 | 0 | Analyzed data and documents. |
| 10-Mar-14 | Niraj Ojha | 7.5 | 0 | Analyzed data and documents. |
| 11-Mar-14 | Niraj Ojha | 5 | 0 | Analyzed data and documents. |
| 12-Mar-14 | Niraj Ojha | 3 | 0 | Analyzed data and documents. |
| 13-Mar-14 | Niraj Ojha | 8 | 0 | Analyzed data and documents. |
| 14-Mar-14 | Niraj Ojha | 8 | 0 | Analyzed data and documents. |
| 17-Mar-14 | Niraj Ojha | 8 | 0 | Analyzed data and documents. |
| 18-Mar-14 | Niraj Ojha | 8 | 0 | Analyzed data and documents. |
| 19-Mar-14 | Niraj Ojha | 8 | 0 | Analyzed data and documents. |
| 20-Mar-14 | Niraj Ojha | 8 | 0 | Analyzed data and documents. |
| 21-Mar-14 | Niraj Ojha | 6 | 0 | Analyzed data and documents. |
| 24-Mar-14 | Niraj Ojha | 8 | 0 | Analyzed data and documents. |
| 25-Mar-14 | Niraj Ojha | 4 | 0 | Analyzed data and documents. |
| 26-Mar-14 | Niraj Ojha | 7 | 0 | Analyzed data and documents. |
| 27-Mar-14 | Niraj Ojha | 5 | 0 | Analyzed data and documents. |
| 28-Mar-14 | Niraj Ojha | 6 | 0 | Analyzed data and documents. |
| 31-Mar-14 | Niraj Ojha | 6.5 | 0 | Analyzed data and documents. |
| 3-Mar-14 | Alex Barnett | 6 | 0 | Analysis of Plaintiffs' Expert backup data |
| 4-Mar-14 | Alex Barnett | 6.5 | 0 | Analysis of Plaintiffs' Expert backup data |
| 5-Mar-14 | Alex Barnett | 4.5 | 0 | Analysis of Plaintiffs' Expert backup data |
| 6-Mar-14 | Alex Barnett | 3 | 0 | Analysis of Plaintiffs' Expert backup data |
| 7-Mar-14 | Alex Barnett | 4 | 0 | Analysis of Plaintiffs' Expert backup data |
| 10-Mar-14 | Alex Barnett | 4 | 0 | Review of manuals and other documentation received; analysis of washer sales and share data |
| 11-Mar-14 | Alex Barnett | 1 | 0 | Review of manuals and other documentation received; analysis of washer sales and share data |
| 13-Mar-14 | Alex Barnett | 1.5 | 0 | Review of manuals and other documentation received; analysis of washer sales and share data |
| 14-Mar-14 | Alex Barnett | 4 | 0 | Review of manuals and other documentation received; analysis of washer sales and share data |
| 17-Mar-14 | Alex Barnett | 8 | 0 | Analysis of Usage and Care guides and other documents; preparation of regression analysis |
| 18-Mar-14 | Alex Barnett | 7 | 0 | Analysis of Usage and Care guides and other documents; preparation of regression analysis |

| | | | | |
|---|---|---|---|---|
| 19-Mar-14 | Alex Barnett | 5.5 | 0 | Analysis of Usage and Care guides and other documents; preparation of regression analysis |
| 26-Mar-14 | Alex Barnett | 1.5 | 0 | Analysis and review of Usage & Care guides; Preparation of regression data |
| 28-Mar-14 | Alex Barnett | 7.5 | 0 | Analysis and review of Usage & Care guides; Preparation of regression data |
| 31-Mar-14 | Alex Barnett | 5 | 0 | Analysis and review of Usage & Care guides; Preparation of regression data and price charts |
| 17-Mar-14 | Kenneth Totas | 0.25 | 0 | market research reports - news items white papers |
| 26-Mar-14 | Eric Wu | 1 | 0 | High Efficiency of washer project |
| 27-Mar-14 | Eric Wu | 2.5 | 0 | High Efficiency of washer project |
| 28-Mar-14 | Eric Wu | 4.25 | 0 | High Efficiency of washer project |
| 17-Mar-14 | Noza Djurakulova | 4 | 0 | Data Analysis |
| 18-Mar-14 | Noza Djurakulova | 4 | 0 | Data Analysis |
| 19-Mar-14 | Noza Djurakulova | 5 | 0 | Data Analysis |
| 20-Mar-14 | Noza Djurakulova | 5 | 0 | Data Analysis |
| 21-Mar-14 | Noza Djurakulova | 3 | 0 | Data Analysis |
| 24-Mar-14 | Noza Djurakulova | 6 | 0 | Data Analysis |
| 26-Mar-14 | Noza Djurakulova | 8 | 0 | Data Analysis |
| 27-Mar-14 | Noza Djurakulova | 5 | 0 | Data Analysis |
| 28-Mar-14 | Noza Djurakulova | 3 | 0 | Data Analysis |

| | | | |
|---|---|---|---|
| | Total Hours | 402.3 | |



CRA No. D19667

May 13, 2014

Frederick L. McKnight, Esq.
Jones Day
555 South Flower Street
50th Floor
Los Angeles, CA 90071

**Re**:     **Sharon Cobb, Dennis Demereckis, Beverly Gibson, Trish Isabella, and Nancy Wentworth, individually and on behalf of all others similarly situated vs. BSH Home Appliances Corporation**

Dear Mr. McKnight,

Enclosed is our billing for professional services rendered in connection with the above referenced matter for the period April 1, 2014 through April 30, 2014.

If you have any questions, please do not hesitate to contact me at 312-357-1000 or swilliamson@crai.com.

Sincerely,

Susan Williamson
Billing Analyst

Enclosure



CRA No. D19667

May 13, 2014

Frederick L. McKnight, Esq.
Jones Day
555 South Flower Street
50th Floor
Los Angeles, CA 90071


**CRA Invoice Number:**     **1011524**

**Re:**     <u>**Sharon Cobb, Dennis Demereckis, Beverly Gibson, Trish Isabella, and Nancy Wentworth, individually and on behalf of all others similarly situated vs. BSH Home Appliances Corporation**</u>

Activity Dates: April 1, 2014 through April 30, 2014


| | |
|---|---|
| Professional Fees | 290,447.00 |
| Expenses | 71.52 |
| **Total Invoice:** | **$ 290,518.52** |

**Please remit payment via:**

**Wire:**
CRA International
Account#. 1139714659
ABA#. 011500120
SWIFT#. CTZIUS33
RBS Citizens Bank
1 Citizens Dr
Riverside, RI 02915

**ACH:**
CRA International
Account#. 1139714659
ABA#. 211070175
RBS Citizens Bank
1 Citizens Dr
Riverside, RI 02915

**Lockbox:**
CRA International
PO Box 845960
Boston, MA  02284-5960

NOTE:     CRA International, Inc. is not subject to backup withholding.
                 Our corporate Federal Taxpayer Identification Number is 04-2372210.

Invoices are due and payable upon receipt. CRA International, Inc. reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.

CRA No. D19667

May 13, 2014

Frederick L. McKnight, Esq.
Jones Day
555 South Flower Street
50th Floor
Los Angeles, CA 90071

**CRA Invoice Number:** **1011524**

**Re:** **Sharon Cobb, Dennis Demereckis, Beverly Gibson, Trish Isabella, and Nancy Wentworth, individually and on behalf of all others similarly situated vs. BSH Home Appliances Corporation**

PROFESSIONAL SERVICES FOR THE PERIOD APRIL 1, 2014 THROUGH APRIL 30, 2014

| PROFESSIONAL FEES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Halpern, Janice | 50.90 | 780.00 | 39,702.00 |
| Murphy, Kevin | 8.00 | 1,250.00 | 10,000.00 |
| DiRico, Patricia | 49.00 | 680.00 | 33,320.00 |
| Hunter, Chip | 0.50 | 680.00 | 340.00 |
| Taylor, Sean | 187.00 | 620.00 | 115,940.00 |
| Ojha, Niraj | 106.00 | 470.00 | 49,820.00 |
| Barnett, Alex | 52.50 | 430.00 | 22,575.00 |
| Welch, Jarrod | 0.50 | 450.00 | 225.00 |
| Associate/Analyst | 57.00 | | 18,525.00 |
| | | | |
| TOTAL PROFESSIONAL FEES | 511.40 | | $ 290,447.00 |

EXPENSES

| | |
|---|---|
| Information Services | 71.52 |
| TOTAL EXPENSES | $ 71.52 |

**TOTAL INVOICE** **$ 290,518.52**

# BSH-Washing Machines
## BREAKDOWN OF HOURS
### Number: D19667-3

| Date | Name | Hours | Task | Work Description |
|------|------|-------|------|------------------|
| 1-Apr-14 | Janice Halpern | 0.3 | 0 | Reviewed Traqline questions |
| 3-Apr-14 | Janice Halpern | 0.2 | 0 | Reviewed literature |
| 7-Apr-14 | Janice Halpern | 1.5 | 0 | Reviewed outlines; participated in conference call with client, Wecker staff |
| 8-Apr-14 | Janice Halpern | 2.2 | 0 | Meeting with Murphy, Taylor; reviewed documents |
| 10-Apr-14 | Janice Halpern | 0.2 | 0 | Reviewed work product |
| 16-Apr-14 | Janice Halpern | 1.5 | 0 | Researched issues |
| 17-Apr-14 | Janice Halpern | 3 | 0 | Worked on draft |
| 18-Apr-14 | Janice Halpern | 1 | 0 | Worked on draft |
| 19-Apr-14 | Janice Halpern | 1 | 0 | Worked on draft |
| 20-Apr-14 | Janice Halpern | 3 | 0 | Worked on draft |
| 21-Apr-14 | Janice Halpern | 4 | 0 | Worked on report |
| 22-Apr-14 | Janice Halpern | 0.5 | 0 | worked on draft |
| 23-Apr-14 | Janice Halpern | 7 | 0 | Worked on draft |
| 24-Apr-14 | Janice Halpern | 5.5 | 0 | Worked on draft; discussed with Murphy; conference call with client |
| 28-Apr-14 | Janice Halpern | 6.5 | 0 | Revised draft |
| 29-Apr-14 | Janice Halpern | 6.5 | 0 | Worked on report |
| 30-Apr-14 | Janice Halpern | 7 | 0 | Worked on report; discussed with client |
| 30-Apr-14 | Kevin Murphy | 8 | 0 | For services rendered in the month of April 2014. |
| 25-Apr-14 | Chip Hunter | 0.5 | 0 | Confer with Taylor. |
| 15-Apr-14 | Patricia DiRico | 2 | 0 | Reviewed materials, data analysis |
| 16-Apr-14 | Patricia DiRico | 4 | 0 | Reviewed materials, data analysis |
| 17-Apr-14 | Patricia DiRico | 4 | 0 | Reviewed materials, data analysis |
| 18-Apr-14 | Patricia DiRico | 4 | 0 | Reviewed materials, data analysis |
| 21-Apr-14 | Patricia DiRico | 4 | 0 | Reviewed data analysis |
| 22-Apr-14 | Patricia DiRico | 4 | 0 | Reviewed data analysis |
| 23-Apr-14 | Patricia DiRico | 3 | 0 | Reviewed data analysis |
| 24-Apr-14 | Patricia DiRico | 4 | 0 | Reviewed data analysis |
| 25-Apr-14 | Patricia DiRico | 2 | 0 | Reviewed data analysis |
| 28-Apr-14 | Patricia DiRico | 6 | 0 | Reviewed data analysis |
| 29-Apr-14 | Patricia DiRico | 6 | 0 | Reviewed report and data analysis |
| 30-Apr-14 | Patricia DiRico | 6 | 0 | Reviewed report and data analysis |
| 1-Apr-14 | Sean Taylor | 7 | 0 | Reviewed Rysman backup. Reviewed literature. |
| 2-Apr-14 | Sean Taylor | 8 | 0 | Analyzed data. Reviewed documents. |
| 3-Apr-14 | Sean Taylor | 8 | 0 | Reviewed documents and data. Supervised staff. |
| 4-Apr-14 | Sean Taylor | 7 | 0 | Reviewed documents. Supervised staff. |
| 6-Apr-14 | Sean Taylor | 2 | 0 | Reviewed documents and analyzed data. |
| 7-Apr-14 | Sean Taylor | 6 | 0 | Assisted with drafting expert report. Analyzed data. Call with counsel. |

| Date | Name | Hours | | Description |
|------|------|-------|---|-------------|
| 8-Apr-14 | Sean Taylor | 9 | 0 | Project meeting. Reviewed and analyzed data. Supervised staff. |
| 9-Apr-14 | Sean Taylor | 9 | 0 | Reviewed and analyzed data. Supervised staff. |
| 10-Apr-14 | Sean Taylor | 8 | 0 | Assisted with drafting expert report. Analyzed data. Supervised staff. |
| 11-Apr-14 | Sean Taylor | 2.5 | 0 | Assisted with drafting expert report. |
| 14-Apr-14 | Sean Taylor | 8 | 0 | Assisted with drafting expert report. |
| 15-Apr-14 | Sean Taylor | 9 | 0 | Assisted with drafting expert report and exhibits. Supervised staff. |
| 16-Apr-14 | Sean Taylor | 6.5 | 0 | Assisted with drafting expert report. Supervised staff. |
| 17-Apr-14 | Sean Taylor | 9 | 0 | Assisted with drafting expert report and exhibits. Supervised staff. |
| 18-Apr-14 | Sean Taylor | 8.5 | 0 | Assisted with drafting expert report and exhibits. |
| 21-Apr-14 | Sean Taylor | 8 | 0 | Assisted with drafting expert report. Supervised staff. |
| 22-Apr-14 | Sean Taylor | 12 | 0 | Assisted with drafting expert report. Analyzed data and prepared exhibits. |
| 23-Apr-14 | Sean Taylor | 9 | 0 | Call regarding cost data. Assisted with drafting expert report. |
| 24-Apr-14 | Sean Taylor | 11 | 0 | Project discussion. Assisted with drafting expert report. Analyzed data. |
| 25-Apr-14 | Sean Taylor | 8 | 0 | Reviewed and analyzed data. Prepared exhibits. Supervised staff. |
| 26-Apr-14 | Sean Taylor | 5 | 0 | Analyzed data and prepared exhibits. |
| 27-Apr-14 | Sean Taylor | 1.5 | 0 | Reviewed documents and data. |
| 28-Apr-14 | Sean Taylor | 8 | 0 | Analyzed data and prepared exhibits. Supervised staff. |
| 29-Apr-14 | Sean Taylor | 8 | 0 | Reviewed and analyzed data. Supervised staff. |
| 30-Apr-14 | Sean Taylor | 9 | 0 | Assisted with preparation of report and exhibits. Supervised staff. |
| 1-Apr-14 | Niraj Ojha | 5 | 0 | Analyzed data and documents. |
| 2-Apr-14 | Niraj Ojha | 1 | 0 | Analyzed data and documents. |
| 3-Apr-14 | Niraj Ojha | 4 | 0 | Analyzed data and documents. |
| 8-Apr-14 | Niraj Ojha | 4 | 0 | Analyzed data and documents. |
| 9-Apr-14 | Niraj Ojha | 1.5 | 0 | Analyzed data and documents. |
| 10-Apr-14 | Niraj Ojha | 4 | 0 | Analyzed data and documents. |
| 11-Apr-14 | Niraj Ojha | 3 | 0 | Analyzed data and documents. |
| 14-Apr-14 | Niraj Ojha | 7 | 0 | Analyzed data and documents. |
| 15-Apr-14 | Niraj Ojha | 3 | 0 | Analyzed data and documents. |
| 16-Apr-14 | Niraj Ojha | 4 | 0 | Analyzed data and documents. |
| 17-Apr-14 | Niraj Ojha | 8.5 | 0 | Analyzed data and documents. |
| 18-Apr-14 | Niraj Ojha | 8.5 | 0 | Analyzed data and documents. |
| 21-Apr-14 | Niraj Ojha | 4 | 0 | Analyzed data and documents. |
| 22-Apr-14 | Niraj Ojha | 2.5 | 0 | Analyzed data and documents. |
| 23-Apr-14 | Niraj Ojha | 5 | 0 | Analyzed data and documents. |
| 24-Apr-14 | Niraj Ojha | 9 | 0 | Analyzed data and documents. |
| 25-Apr-14 | Niraj Ojha | 8 | 0 | Analyzed data and documents. |
| 26-Apr-14 | Niraj Ojha | 1 | 0 | Analyzed data and documents. |

| | | | | |
|---|---|---|---|---|
| 27-Apr-14 | Niraj Ojha | 1 | 0 | Analyzed data and documents. |
| 28-Apr-14 | Niraj Ojha | 8 | 0 | Analyzed data and documents. |
| 29-Apr-14 | Niraj Ojha | 9 | 0 | Analyzed data and documents. |
| 30-Apr-14 | Niraj Ojha | 5 | 0 | Analyzed data and documents. |
| 1-Apr-14 | Alex Barnett | 4 | 0 | Analysis and review of Usage & Care guides; Preparation of regression data and price charts |
| 2-Apr-14 | Alex Barnett | 4 | 0 | Analysis and review of Usage & Care guides; Preparation of regression data and price charts |
| 3-Apr-14 | Alex Barnett | 6 | 0 | Analysis and review of Usage & Care guides; Preparation of regression data and price charts |
| 6-Apr-14 | Alex Barnett | 0.5 | 0 | Analysis of washer prices over time |
| 8-Apr-14 | Alex Barnett | 0.5 | 0 | Analysis of washer prices over time |
| 9-Apr-14 | Alex Barnett | 3 | 0 | Analysis of energy guidelines over time |
| 10-Apr-14 | Alex Barnett | 0.5 | 0 | Analysis of washer prices over time |
| 21-Apr-14 | Alex Barnett | 4 | 0 | Analysis of actual and predicted washer prices over time; preparation of exhibits; analysis and compilation of report backup/citations |
| 22-Apr-14 | Alex Barnett | 1.5 | 0 | Analysis of actual and predicted washer prices over time; preparation of exhibits; analysis and compilation of report backup/citations |
| 23-Apr-14 | Alex Barnett | 4 | 0 | Analysis of actual and predicted washer prices over time; preparation of exhibits; analysis and compilation of report backup/citations |
| 24-Apr-14 | Alex Barnett | 4 | 0 | Analysis of actual and predicted washer prices over time; preparation of exhibits; analysis and compilation of report backup/citations |
| 25-Apr-14 | Alex Barnett | 3 | 0 | Analysis of actual and predicted washer prices over time; preparation of exhibits; analysis and compilation of report backup/citations |
| 27-Apr-14 | Alex Barnett | 2 | 0 | Analysis of actual and predicted washer prices over time; preparation of exhibits; analysis and compilation of report backup/citations |
| 28-Apr-14 | Alex Barnett | 6 | 0 | Analysis of actual and predicted washer prices over time; preparation of exhibits; analysis and compilation of report backup/citations |
| 29-Apr-14 | Alex Barnett | 5 | 0 | Analysis of actual and predicted washer prices over time; preparation of exhibits; analysis and compilation of report backup/citations |

| Date | Name | Hours | | Description |
|---|---|---|---|---|
| 30-Apr-14 | Alex Barnett | 4.5 | 0 | Analysis of actual and predicted washer prices over time; preparation of exhibits; analysis and compilation of report backup/citations |
| 8-Apr-14 | Jarrod Welch | 0.5 | 0 | Reviewed literature |
| 31-Mar-14 | Noza Djurakulova | 3 | 0 | Analyzed data and documents. |
| 1-Apr-14 | Noza Djurakulova | 4 | 0 | Analyzed data and documents. |
| 2-Apr-14 | Noza Djurakulova | 4 | 0 | Analyzed data and documents. |
| 3-Apr-14 | Noza Djurakulova | 3 | 0 | Analyzed data and documents. |
| 4-Apr-14 | Noza Djurakulova | 1 | 0 | Analyzed data and documents. |
| 8-Apr-14 | Noza Djurakulova | 2 | 0 | Analyzed data and documents. |
| 9-Apr-14 | Noza Djurakulova | 2 | 0 | Analyzed data and documents. |
| 10-Apr-14 | Noza Djurakulova | 3 | 0 | Analyzed data and documents. |
| 11-Apr-14 | Noza Djurakulova | 4 | 0 | Analyzed data and documents. |
| 14-Apr-14 | Noza Djurakulova | 3 | 0 | Analyzed data and documents. |
| 15-Apr-14 | Noza Djurakulova | 1 | 0 | Analyzed data and documents. |
| 22-Apr-14 | Noza Djurakulova | 3 | 0 | Analyzed data and documents. |
| 23-Apr-14 | Noza Djurakulova | 4 | 0 | Analyzed data and documents. |
| 24-Apr-14 | Noza Djurakulova | 4 | 0 | Analyzed data and documents. |
| 25-Apr-14 | Noza Djurakulova | 4 | 0 | Analyzed data and documents. |
| 28-Apr-14 | Noza Djurakulova | 4 | 0 | Analyzed data and documents. |
| 29-Apr-14 | Noza Djurakulova | 4 | 0 | Analyzed data and documents. |
| 30-Apr-14 | Noza Djurakulova | 4 | 0 | Analyzed data and documents. |

| | Total Hours | 511.4 | |
|---|---|---|---|



CRA No. D19667

June 16, 2014

Frederick L. McKnight, Esq.
Jones Day
555 South Flower Street
50th Floor
Los Angeles, CA 90071

**Re**:     **Sharon Cobb, Dennis Demereckis, Beverly Gibson, Trish Isabella, and Nancy Wentworth, individually and on behalf of all others similarly situated vs. BSH Home Appliances Corporation**

Dear Mr. McKnight,

Enclosed is our billing for professional services rendered in connection with the above referenced matter for the period May 1, 2014 through May 31, 2014.

If you have any questions, please do not hesitate to contact me at 312-357-1000 or swilliamson@crai.com.

Sincerely,

Susan Williamson
Billing Analyst

Enclosure



CRA No. D19667

June 16, 2014

Frederick L. McKnight, Esq.
Jones Day
555 South Flower Street
50th Floor
Los Angeles, CA 90071

**CRA Invoice Number:** **1011994**

**Re:** **Sharon Cobb, Dennis Demereckis, Beverly Gibson, Trish Isabella, and Nancy Wentworth, individually and on behalf of all others similarly situated vs. BSH Home Appliances Corporation**

Activity Dates: May 1, 2014 through May 31, 2014

| | |
|---|---|
| Professional Fees | 254,627.00 |
| Expenses | 331.04 |
| **Total Invoice:** | **$ 254,958.04** |

**Please remit payment via:**

| Wire: | ACH: | Lockbox: |
|---|---|---|
| CRA International | CRA International | CRA International |
| Account#. 1139714659 | Account#. 1139714659 | PO Box 845960 |
| ABA#. 011500120 | ABA#. 211070175 | Boston, MA 02284-5960 |
| SWIFT#. CTZIUS33 | RBS Citizens Bank | |
| RBS Citizens Bank | 1 Citizens Dr | |
| 1 Citizens Dr | Riverside, RI 02915 | |
| Riverside, RI 02915 | | |

NOTE:   CRA International, Inc. is not subject to backup withholding.
        Our corporate Federal Taxpayer Identification Number is 04-2372210.

Invoices are due and payable upon receipt. CRA International, Inc. reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.

CRA No. D19667

June 16, 2014

Frederick L. McKnight, Esq.
Jones Day
555 South Flower Street
50th Floor
Los Angeles, CA 90071

**CRA Invoice Number:**      **1011994**

**Re:**      <u>**Sharon Cobb, Dennis Demereckis, Beverly Gibson, Trish Isabella, and Nancy Wentworth,**
**individually and on behalf of all others similarly situated vs. BSH Home Appliances Corporation**</u>

PROFESSIONAL SERVICES FOR THE PERIOD MAY 1, 2014 THROUGH MAY 31, 2014

| PROFESSIONAL FEES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Halpern, Janice | 68.60 | 780.00 | 53,508.00 |
| Murphy, Kevin | 8.00 | 1,250.00 | 10,000.00 |
| DiRico, Patricia | 62.00 | 680.00 | 42,160.00 |
| Taylor, Sean | 104.70 | 620.00 | 64,914.00 |
| Ojha, Niraj | 81.00 | 470.00 | 38,070.00 |
| Barnett, Alex | 68.50 | 430.00 | 29,455.00 |
| Hart, Megan | 3.00 | 430.00 | 1,290.00 |
| Muhamedagic, Mensur | 7.00 | 365.00 | 2,555.00 |
| Associate/Analyst | 39.00 | | 12,675.00 |
| | | | |
| TOTAL PROFESSIONAL FEES | 441.80 | | $ 254,627.00 |

| EXPENSES | | |
|---|---|---|
| Information Services | | 36.00 |
| Travel & Meals | | 295.04 |
| | | |
| TOTAL EXPENSES | | $ 331.04 |

| | | |
|---|---|---|
| **TOTAL INVOICE** | | **$ 254,958.04** |

# BSH-Washing Machines
## BREAKDOWN OF HOURS
### Number: D19667-4

| Date | Name | Hours | Task | Work Description |
|---|---|---|---|---|
| 1-May-14 | Janice Halpern | 7.5 | 0 | Worked on report |
| 2-May-14 | Janice Halpern | 5.5 | 0 | Worked on report |
| 3-May-14 | Janice Halpern | 3.5 | 0 | Reviewed depositions; discussed issues with Conway and Taylor |
| 4-May-14 | Janice Halpern | 3.5 | 0 | Reviewed depositions; worked on analysis |
| 5-May-14 | Janice Halpern | 8 | 0 | Reviewed depositions; met with client; reviewed report |
| 6-May-14 | Janice Halpern | 4.5 | 0 | Worked on report |
| 7-May-14 | Janice Halpern | 5.5 | 0 | Worked on report |
| 8-May-14 | Janice Halpern | 6.5 | 0 | Worked on report |
| 9-May-14 | Janice Halpern | 2 | 0 | Worked on report |
| 10-May-14 | Janice Halpern | 0.8 | 0 | worked on report |
| 11-May-14 | Janice Halpern | 4 | 0 | Worked on report |
| 12-May-14 | Janice Halpern | 9.5 | 0 | Worked on report |
| 27-May-14 | Janice Halpern | 1 | 0 | Reviewed Kivetz report |
| 28-May-14 | Janice Halpern | 6.5 | 0 | Reviewed Kivetz and Wecker reports and considered issues that might be raised in deposition |
| 30-May-14 | Janice Halpern | 0.3 | 0 | Reviewed Murphy CV for client |
| 31-May-14 | Kevin Murphy | 8 | 0 | For services rendered in the month of May 2014. |
| 1-May-14 | Patricia DiRico | 6 | 0 | Reviewed report and data analysis |
| 2-May-14 | Patricia DiRico | 6 | 0 | Reviewed report and data analysis |
| 5-May-14 | Patricia DiRico | 7 | 0 | Assisted with draft report and analysis |
| 6-May-14 | Patricia DiRico | 7 | 0 | Assisted with draft report and analysis |
| 7-May-14 | Patricia DiRico | 8 | 0 | Assisted with draft report and analysis |
| 8-May-14 | Patricia DiRico | 8 | 0 | Assisted with draft report and analysis |
| 9-May-14 | Patricia DiRico | 8 | 0 | Assisted with draft report and analysis |
| 11-May-14 | Patricia DiRico | 2 | 0 | Assisted with draft and report |
| 12-May-14 | Patricia DiRico | 10 | 0 | Assisted with draft and report |
| 1-May-14 | Sean Taylor | 3 | 0 | Reviewed documents and data. |
| 2-May-14 | Sean Taylor | 8 | 0 | Analyzed data and prepared exhibits. |
| 3-May-14 | Sean Taylor | 2.5 | 0 | Assisted with preparing expert report. |
| 4-May-14 | Sean Taylor | 4 | 0 | Analyzed data and prepared exhibits. |
| 5-May-14 | Sean Taylor | 9 | 0 | Reviewed and revised expert report and exhibits. Meeting with Counsel. |
| 6-May-14 | Sean Taylor | 4 | 0 | Reviewed and analyzed data. |
| 7-May-14 | Sean Taylor | 9.5 | 0 | Assisted with preparing expert report and exhibits. |
| 8-May-14 | Sean Taylor | 1.5 | 0 | Reviewed documents and data. |
| 9-May-14 | Sean Taylor | 13 | 0 | Assisted with drafting expert report. Call with Counsel. |
| 10-May-14 | Sean Taylor | 14 | 0 | Assisted with preparing expert report and exhibits. |
| 11-May-14 | Sean Taylor | 13 | 0 | Assisted with preparing expert report. |

| 12-May-14 | Sean Taylor | 14 | 0 | Prepared expert report. Supervised staff. |
|---|---|---|---|---|
| 13-May-14 | Sean Taylor | 2 | 0 | Finalized backup for expert report.  Reviewed expert report. |
| 28-May-14 | Sean Taylor | 6.5 | 0 | Reviewed expert reports.  Call with Counsel. |
| 31-May-14 | Sean Taylor | 0.7 | 0 | Reviewed documents and data. |
| 1-May-14 | Niraj Ojha | 6 | 0 | Analyzed data and documents. |
| 2-May-14 | Niraj Ojha | 8 | 0 | Analyzed data and documents. |
| 5-May-14 | Niraj Ojha | 8.5 | 0 | Analyzed data and documents. |
| 6-May-14 | Niraj Ojha | 8 | 0 | Analyzed data and documents. |
| 7-May-14 | Niraj Ojha | 11.5 | 0 | Analyzed data and documents. |
| 8-May-14 | Niraj Ojha | 8 | 0 | Analyzed data and documents. |
| 9-May-14 | Niraj Ojha | 10 | 0 | Analyzed data and documents. |
| 11-May-14 | Niraj Ojha | 7 | 0 | Analyzed data and documents. |
| 12-May-14 | Niraj Ojha | 13 | 0 | Analyzed data and documents. |
| 28-May-14 | Niraj Ojha | 1 | 0 | Analyzed data and documents. |
| 1-May-14 | Alex Barnett | 6 | 0 | Analysis of actual and predicted washer prices over time; preparation of exhibits; analysis and compilation of report backup/citations |
| 2-May-14 | Alex Barnett | 5 | 0 | Analysis of actual and predicted washer prices over time; preparation of exhibits; analysis and compilation of report backup/citations |
| 5-May-14 | Alex Barnett | 6 | 0 | Analysis of actual and predicted washer prices over time; preparation of exhibits; analysis and compilation of report backup/citations |
| 6-May-14 | Alex Barnett | 7.5 | 0 | Analysis of actual and predicted washer prices over time; preparation of exhibits; analysis and compilation of report backup/citations |
| 7-May-14 | Alex Barnett | 7 | 0 | Analysis of actual and predicted washer prices over time; preparation of exhibits; analysis and compilation of report backup/citations |
| 8-May-14 | Alex Barnett | 6.5 | 0 | Analysis of actual and predicted washer prices over time; preparation of exhibits; analysis and compilation of report backup/citations |
| 9-May-14 | Alex Barnett | 9.5 | 0 | Analysis of actual and predicted washer prices over time; preparation of exhibits; analysis and compilation of report backup/citations |
| 10-May-14 | Alex Barnett | 3 | 0 | Analysis of actual and predicted washer prices over time; preparation of exhibits; analysis and compilation of report backup/citations |
| 11-May-14 | Alex Barnett | 5.5 | 0 | Analysis of actual and predicted washer prices over time; preparation of exhibits; analysis and compilation of report backup/citations |

| | | | | |
|---|---|---|---|---|
| 12-May-14 | Alex Barnett | 12.5 | 0 | Analysis of actual and predicted washer prices over time; preparation of exhibits; analysis and compilation of report backup/citations |
| 12-May-14 | Megan Hart | 3 | 0 | Draft Report Footnote Review |
| 12-May-14 | Mensur Muhamedagic | 7 | 0 | Backup/support for report. |
| 12-May-14 | Mark Schneider | 4 | 0 | Footnote Audit |
| 1-May-14 | Noza Djurakulova | 4 | 0 | Analyzed data and documents. |
| 2-May-14 | Noza Djurakulova | 4 | 0 | Analyzed data and documents. |
| 5-May-14 | Noza Djurakulova | 3 | 0 | Analyzed data and documents. |
| 6-May-14 | Noza Djurakulova | 4 | 0 | Analyzed data and documents. |
| 7-May-14 | Noza Djurakulova | 4 | 0 | Analyzed data and documents. |
| 8-May-14 | Noza Djurakulova | 4 | 0 | Analyzed data and documents. |
| 9-May-14 | Noza Djurakulova | 4 | 0 | Analyzed data and documents. |
| 12-May-14 | Noza Djurakulova | 8 | 0 | Analyzed data and documents. |

| | | | |
|---|---|---|---|
| | Total Hours | 441.8 | |