UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| DIANA TAIT, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BSH HOME APPLIANCES CORPORATION, a Delaware Corporation,<br><br>Defendant. | Case No. SACV10-711 DOC (ANx)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO AMEND THE ILLINOIS CLASS DEFINITION AND MOTION FOR APPROVAL OF NOTICE PLAN AND PROPOSED FORMS OF NOTICE [229]**<br><br>*Assigned to:*<br>District Judge: David O. Carter<br>Courtroom 9D<br>August 11, 2014, 8:30 AM<br>Discovery Magistrate Judge: Arthur Nakazato |

**THIS MATTER** having been submitted to the Court by Plaintiffs Sharon Cobb, Dennis Demereckis, Beverly Gibson, Trish Isabella, and Nancy Wentworth ("Plaintiffs") by way of Plaintiffs' Motion to Amend the Illinois Class Definition and Motion for Approval of Notice Plan and Proposed Forms of Notice, and Plaintiffs having requested that the Illinois Class definition be amended to read:

> All persons who purchased a Washer (defined as Bosch and Siemens brand 27"Front-Loading Automatic Washers) in Illinois for primarily personal, family, or household purposes, and not for resale, in Illinois, excluding (1) BSH Home Appliances Corporation ("Bosch"), any entity in which Bosch has a controlling interest, and its legal representatives, officers, directors, employees, assigns, and successors; (2) Washers purchased through Bosch's Employee Purchase Program; (3) the Judge to whom this case is assigned, any member of the Judge's staff, and any member of the Judge's immediate family; (4) persons or entities who distribute or resell the Washers; (5) government

      entities; and (6) claims for personal injury, wrongful death, and/or emotional distress.

The Court having already found for Plaintiffs on the issues of numerosity, commonality, predominance, and superiority pursuant to the Federal Rules of Civil Procedure with respect to both the proposed amended Illinois Class and the previously certified Illinois SOL Class; the Court having reviewed the motion and underlying submissions in connection with the motion, and finding the evidence sufficient that Plaintiff Demereckis is both typical and adequate to represent the proposed amended Illinois Class; the Court also finding that the proposed notice plan and forms of notice are the best notice practicable under the circumstances and satisfy all requirements of the Federal Rules of Civil Procedure, including Fed. R. Civ. P. 23(c)(b)(2); and for good cause shown,

IT IS HEREBY ORDERED that

      Plaintiffs' Motion to Amend the Illinois Class Definition is **GRANTED**; and it is further **ORDERED** that Plaintiffs' Motion for Approval of Notice Plan and Proposed Forms of Notice is **GRANTED**. Defendant shall provide any information necessary to facilitate the dissemination of notice in accordance with the Notice Plan within 14 days of this Order.

Dated: August 25, 2014           _David O. Carter_  
                                                     DAVID O. CARTER  
                                                   UNITED STATES DISTRICT JUDGE