**DRAFT – NEVER SENT OUT**

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 10-0711 DOC (ANx)            Date: September 25, 2014

Title: COBB, ET AL. v. BSH HOME APPLIANCES CO.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Goltz | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION REGARDING SCHEDULING ORDER [303]**

     Before the Court is Plaintiffs' Ex Parte Application Regarding Scheduling Order (Dkt. 303) and Defendant's Opposition (Dkt. 304). The parties dispute the interpretation of paragraphs 6 and 19 of their stipulated Scheduling Order (Dkt. 227). Plaintiffs argue that each party is limited to only one *Daubert* motion to exclude evidence at trial to address all of the other side's experts. Defendant argues that that limitation only applies to *Daubert* motions related to the parties' motions for summary judgment and motion to certify and that the parties are permitted to file one *Daubert* motion for each expert for trial.

     The language, which the Court notes was drafted and stipulated to by the parties, is susceptible to both readings. Of the two options presented, the Court finds that Plaintiffs' reading better serves the interests of judicial economy. Thus, the Court STRIKES Defendant's eight *Daubert* motions (Dkts. 292-299) and ORDERS Defendant to submit a single consolidated *Daubert* motion not to exceed 25 pages on or before **October 6, 2014**.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 10-0711-DOC (ANx)                                Date: September 24, 2014

                                                                                                           Page 2

In addition, the Court amends the June 30, 2014 Scheduling Order (Dkt. 227) as follows:

|  | Current Schedule | Revised Schedule |
|---|---|---|
| Hearing on Motions for Summary Judgment | November 3, 2014 | November 17, 2014 |
| Oppositions to *Daubert* Motions to Exclude Expert Testimony at Trial | October 27, 2014 | November 24, 2014 |
| Replies to *Daubert* Motions to Exclude Expert Testimony at Trial | November 10, 2014 | December 5, 2014 |
| Hearing on *Daubert* Motions to Exclude Expert Testimony at Trial | December 15, 2014, 8:30 a.m. | December 15, 2014, 8:30 a.m. |

All other dates in the Scheduling Order shall remain the same.

The Clerk shall serve this minute order on all parties to the action.

MINUTES FORM 11                                                                                    Initials of Deputy Clerk: djg
CIVIL-GEN