**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 10-711-DOC (ANx)                    Date: October 2, 2014

Title: SHARON COBB, ET AL. v. BSH HOME APPLIANCES CORPORATION

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

Deborah Goltz                              Not Present
Courtroom Clerk                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:
None Present                                None Present

**PROCEEDINGS (IN CHAMBERS):     ORDER PARTIALLY GRANTING BSH HOME APPLICANCES CORPORATION'S EX PARTE APPLICATION REQUESTING 15 ADDITIONAL PAGES FOR CONSOLIDATED *DAUBERT* MOTION [329]**

Before the Court is BSH Home Appliances Corporations' Ex Parte Application Requesting 15 Additional Pages for Consolidated *Daubert* Motion Regarding Testimony at Trial ("Application") (Dkt. 329). Having considered the application and opposition, IT IS HEREBY ORDERED that Defendant's Application is GRANTED IN PART.

Defendant is permitted 10 additional pages and shall file a consolidated *Daubert* motion to exclude expert evidence at trial totaling no more than **35 pages** on October 6, 2014. Plaintiffs are also granted 10 additional pages for their opposition. Plaintiffs' opposition to Defendant's *Daubert* motion to exclude expert evidence at trial shall total no more than **35 pages** and is due on November 24, 2014.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                              Initials of Deputy Clerk: djg
CIVIL-GEN