| | |
|---|---|
| 1 | Elwood Lui (SBN 45538)<br>elui@JonesDay.com |
| 2 | Rick L. McKnight (SBN 55183)<br>fmcknight@JonesDay.com |
| 3 | Erik K. Swanholt (SBN 198042)<br>ekswanholt@JonesDay.com |
| 4 | JONES DAY<br>555 South Flower Street |
| 5 | Fiftieth Floor<br>Los Angeles, CA  90071-2300 |
| 6 | Telephone:    (213) 489-3939<br>Facsimile:     (213) 243-2539 |
| 7 | |
| 8 | Attorneys for Defendant<br>BSH HOME APPLIANCES CORPORATION |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SHARON COBB, et al., individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>BSH HOME APPLIANCES CORPORATION, a Delaware corporation,<br><br>        Defendant. | Case No. SACV 10-711 DOC (ANx)<br><br>**DEFENDANT'S NOTICE OF *ERRATA* REGARDING DEFENDANTS MOTION TO EXCLUDE CERTAIN EXPERT TESTIMONY AND OPINIONS AT TRIAL**<br><br>Date:      December 15, 2014<br>Time:      8:30 a.m.<br>Place:     Courtroom 9D<br>Judge:    David O. Carter |

On October 6, 2014, Defendant BSH Home Appliances Corporation ("BSH") timely filed its Motion to Exclude Certain Expert Testimony and Opinions at Trial. (Dkt. No. 335.)

Through clerical error BSH's Motion to Exclude Certain Testimony and Opinions at Trial omitting the Table of Authorities was inadvertently filed without the table of contents and table of authorities. This amended electronic filing attaches the proper Motion to Exclude Certain Expert Testimony and Opinions at Trial.

Dated: October 6, 2014

Respectfully submitted,

JONES DAY

By: /S/ Rick L. McKnight
    Rick L. McKnight

Attorneys for Defendant
BSH HOME APPLIANCES CORPORATION