| | |
|---|---|
| 1 | Elwood Lui (SBN 45538) |
| | elui@JonesDay.com |
| 2 | Rick L. McKnight (SBN 55183) |
| | fmcknight@JonesDay.com |
| 3 | Erik K. Swanholt (SBN 198042) |
| | ekswanholt@JonesDay.com |
| 4 | JONES DAY |
| | 555 South Flower Street |
| 5 | Fiftieth Floor |
| | Los Angeles, CA  90071-2300 |
| 6 | Telephone:  (213) 489-3939 |
| | Facsimile:   (213) 243-2539 |
| 7 | |
| 8 | Attorneys for Defendant |
| | BSH HOME APPLIANCES CORPORATION |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SHARON COBB, et al., individually and on behalf of all others similarly situated, | Case No. SACV 10-711 DOC (ANx) |
| Plaintiffs, | **DEFENDANT'S NOTICE OF MOTION AND MOTION TO EXCLUDE CERTAIN EXPERT TESTIMONY AND OPINIONS SUBMITTED BY PLAINTIFFS IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| v. | |
| BSH HOME APPLIANCES CORPORATION, a Delaware corporation, | |
| Defendant. | |
| | Date: November 17, 2014 |
| | Time: 8:30 a.m. |
| | Place: Courtroom 9D |
| | Judge: David O. Carter |

**TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on November 17, 2014, at 8:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 9D of the United States District Court for the Central District of California, located at 411 West Fourth Street, Room 1053, Santa Ana, CA 92701, Defendant BSH Home Appliances Corporation ("BSH") will and hereby does move the Court to exclude certain testimony and opinions of Plaintiffs' experts Eugene Ericksen, Marc Rysman, John Goodman, Chin Yang, and John Chiu for failing to meet the standards of relevance and reliability required by Federal Rule of Evidence 702 under the principles set forth in *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999).

In particular, BSH moves to exclude the following testimony and opinions that Plaintiffs submitted in support of their opposition to BSH's Motion for Partial Summary Judgment:

1) Eugene Ericksen's opinion and testimony concerning the results of the "conjoint survey" he administered.

2) Marc Rysman's opinion and testimony concerning the price elevation and willingness-to-pay damages theories.

3) John Goodman's opinion and testimony concerning consumer behavior and complaint rates related to BSH consumers and BSH 27-inch washing machines.

4) Chin Yang's opinion and testimony that: (1) any person suffered any negative health effect as a result of mold or bacteria inside a BSH washer; and (2) that mold or bacteria inside a BSH washer could cause a negative health effect.

5) John Chiu's opinion and testimony that: (1) any person suffered any negative health effect as a result of mold or bacteria inside a BSH washer; and (2) that mold or bacteria inside a BSH washer could cause a negative health effect.

For judicial economy, BSH does not file a duplicative motion to exclude the testimony of these witnesses, but rather incorporates the relevant portions of BSH's

Daubert Motion to Exclude Certain Testimony at Trial, filed on October 6, 2014. (Dkt. No. 335). BSH specifically incorporates the following sections:

    1) Section III.A. regarding Eugene Ericksen;

    2) Section III.B. regarding Marc Rysman;

    3) Section III.C. regarding John Goodman;

    4) Section III.F. regarding Chin Yang; and

    5) Section III.F. regarding John Chiu.

As a result, this Motion will be based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities to Exclude Certain Expert Testimony at Trial and the and the Declaration of Sarah Conway in support of same (and all exhibits attached to that declaration) filed on October 6, 2014, the pleadings and papers filed in this action, and such further evidence, authority, and arguments as may be presented in advance of or during the hearing on this Motion.

Dated: October 8, 2014                                     JONES DAY

                                                                               By: /S/ *Rick L. McKnight*
                                                                                      Rick L. McKnight

                                                                  Attorneys for Defendant
                                                                  BSH HOME APPLIANCES CORPORATION