1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| SHARON COBB, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BSH HOME APPLIANCES CORPORATION, a Delaware Corporation,<br><br>Defendant. | Case No. SACV10-711 DOC (ANx)<br><br>[PROPOSED] ORDER GRANTING STIPULATION RE: FILING OF PROVISIONAL FOURTH CONSOLIDATED AMENDED COMPLAINT [364]<br><br>Judge:  Hon. David O. Carter |
|---|---|

**THIS COURT**, having considered the Stipulation Re: Filing of Provisional Fourth Consolidated Amended Complaint, and GOOD CAUSE APPEARING, orders as follows:

Plaintiffs are hereby granted leave to file the Provisional Fourth Consolidated Amended Complaint. If the Court does not enter an order finally approving the proposed class action settlement, or if such an order does not become final and effective for any reason, or if the proposed class action settlement agreement is terminated, any party shall be entitled to revoke the stipulation upon which this Order is based. Upon such revocation, the parties shall notify the Court and the Third Consolidated Amended Complaint (ECF No. 190) shall again become the operative complaint for all purposes as if the Provisional Fourth Consolidated Amended Complaint were never filed. In addition, Defendant's time to respond to the Provisional Fourth Consolidated Amended Complaint shall be stayed pending the settlement approval process.

**IT IS SO ORDERED.**

Dated: December 17, 2014

*/s/ David O. Carter*

HON. DAVID O. CARTER
U.S. DISTRICT COURT JUDGE