# EXHIBIT 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SHARON COBB, et al., individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BSH HOME APPLIANCES CORPORATION, a Delaware Corporation,<br><br>Defendant. | Case No. SACV10-711 DOC (ANx)<br><br>**SUPPLEMENTAL DECLARATION OF ERIC ROBIN RE: NOTICE PROCEDURES** |

I, **ERIC ROBIN**, declare:

1. I am Consultant at Kurtzman Carson Consultants LLC ("KCC"), located at 75 Rowland Way, Suite 250, Novato, California. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto. This declaration supplements the declaration I executed on February 27, 2015 and is to provide the Court with updated information regarding the notice plan.

2. KCC was retained by the parties to serve as the Settlement Administrator to, among other tasks, email the Notice of Class Action Settlement (the "Email Notice"); mail the Postcard Notice; mail the Notice of Eligibility; place the Publication Notice and Internet Banner Notices; make the Full Notice

and Claim Form available to Class Members; receive and process Claim Forms; receive and process requests for exclusion; receive and process objections to the settlement; and other class member inquiries; and to establish and maintain a settlement website and perform other duties as specified in the Settlement Agreement preliminarily approved by this Court on December 29, 2014. Copies of the Email Notice, Postcard Notice, Notice of Eligibility, Full Notice, and Claim Form are attached hereto as Exhibits 1 through 5, respectively.

3. **Mailed Notice and Emailed Notice.** On January 28, 2015, KCC mailed 141,463 Postcard Notices by First Class postage at KP Graphics in San Leandro, California to the Class Members for whom a postal mailing address was known.

4. On January 28, 2015, KCC emailed the Email Notice to each of the 7,624 (2 email addresses were determined to be invalid prior to dissemination) email addresses on the Class Member List where no postal mailing address was known. This e-mail notice provided information regarding the settlement, including a link to the Settlement Website, located at www.BoschSiemensWashingMachinesClassAction.com, where Class Members could submit an online Claim Form. As of February 24, 2015, KCC's e-mail server registered 5,097 emails (66.85%) as having been successfully delivered and 2,527 (33.15%) as undeliverable.

5. On March 3, 2015, in compliance with paragraph III (D) of the Settlement Agreement and Release, KCC sent 19,521 Notice of Eligibility postcards.

6. As of May 13, 2015, KCC has received a total of 283 Postcard Notices and 25 Notice of Eligibility postcards returned by the U.S. Postal Service with forwarding addresses.  KCC is in the process of causing the Class Member List to be updated with the new addresses and Notice Packages to be re-mailed to the Class Members at each of these new addresses.  As of May 13, 2015, KCC has received a total of 18,401 Postcard Notices and 454 Notice of Eligibility postcards returned by the U.S. Postal Service without forwarding addresses.  To date, KCC has conducted address searches using credit and other public source databases to attempt to locate new addresses for 18,850 of these Class Members.  As of May 13, 2015, these searches have resulted in 12,478 updated addresses.  KCC promptly re-mailed Postcard Notices to the updated addresses and will continue to do so.

7. **Published Notices and Internet Banners.** KCC has arranged for the Publication Notice

to appear as a half page ad unit in *People* and *National Geographic*. The Notice appeared in each publication on the dates and pages indicated below:

| MEDIA | ISSUE DATE[1] | ON-SALE DATE[2] | PAGE # |
|---|---|---|---|
| *People* | March 16, 2015 | March 6, 2015 | 61 |
| *People* | March 30, 2015 | March 20, 2015 | 46 |
| *National Geographic* | April 2015 | March 31, 2015 | 19 |

To fulfill the notice requirement of California's Consumer Legal Remedies Act ("CLRA"), KCC arranged for <u>four</u> eighth-page notices (approximately 4.53" x 4") to appear once a week for four consecutive weeks in the *Orange County Register*. The Notices have appeared on the dates and pages indicated below:

| MEDIA | ISSUE DATE | PAGE/POSITIONING |
|---|---|---|
| *Orange County Register* | January 28, 2015 | 9/Sports |
| *Orange County Register* | February 4, 2015 | 9/Sports |
| *Orange County Register* | February 11, 2015 | 9/Sports |
| *Orange County Register* | February 18, 2015 | 9/Sports |

KCC also arranged for Internet Banner Notices, targeted to adults 25 years of age or older, to appear on a variety of websites. The internet banners began on January 28, 2015 and ended on March 27, 2015. KCC has confirmed that in total 136,737,212 internet impressions were delivered. This represents 1,237,212 internet impressions more than the 136,500,000 impressions that were planned and purchased.

8. In accordance with paragraph three of the previously submitted Declaration of Gina Intrepido-Bowden submitted on December 12, 2014, the individual notice and media notice efforts combined was expected to reach approximately 80% of the Class. The notice plan, as implemented in strict accordance with the notice plan the Court approved on December 11, 2014, has in fact reached

---

[1] The date that appears on the publication cover.
[2] The date the publication becomes available to readers.

approximately 80.9% of the Class on average 1.7 times each.

9. **Requests for Exclusion.** The deadline for Class Members to request to be excluded from the class was a postmark deadline of April 30, 2015. As of May 13, 2015, KCC has received 30 timely filed Requests for Exclusion. A list of the individuals requesting exclusion is attached hereto as Exhibit A.

10. **Objections to the Settlement.** The deadline for Class Members to object to the settlement is a postmark deadline of April 30, 2015. As of May 13, 2015, KCC is aware of five objections to the settlement. A list of the individuals objecting is attached hereto as Exhibit B.

11. **Claim Forms.** As of the date of this declaration, 17,904 Claim Forms have been filed by Class Members. The deadline for Class Members to file a Claim Form is May 28, 2015 and additional timely claims are expected. KCC will provide a short supplemental declaration to the Court after May 28, 2015, reporting on the total number of claims received.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this 15th day of May 2015 at Novato, California.

_____
Eric Robin

# Exhibit A

**KCC Class Action Services**
**Tait v. BSH Home Appliances Corporation**
**Exclusion Report**

Count
30

| ClaimID | Last Name | First Name |
|---|---|---|
| 10008464301 | BAUMGARDNER | KATHRYN |
| 10010041701 | BENOV | SUSAN L |
| 10018275601 | BYERS | FRANCES |
| 10020655401 | CARY | TIMOTHY |
| 10030558101 | DAVIS | JULIA |
| 10031045001 | DEAN | LINDA |
| 10041872701 | FLAKER | ROLLAND |
| 10043316901 | FRANDSEN | SUSAN |
| 70000186401 | FRIED | SHIRLEY |
| 20006444701 | GOYTOWSKI | ROSE |
| 20006703501 | GRUHIN | STEPHEN |
| 900042001 | HAZELET | SANDRA |
| 10060686601 | HOVANEC | MATT |
| 10066905001 | KAEPPLER | ROLF |
| 10067668601 | KARGES | STEPHANIE |
| 10086509401 | MAZZAWY | SALEM |
| 10087570101 | MCDONOUGH | KATE |
| 10090891301 | MILLER | DAVID |
| 10095706701 | NAFZGER | CARL |
| 10107840701 | POWERS | ROY |
| 10120594601 | SCHRONK | LEONARD |
| 10121271901 | SCOTT | KLARA |
| 20016191001 | SMITH | JASON |
| 900039001 | STONE | SHAWN |
| 900037301 | STRAUSS | FRED |
| 10133973201 | TEVES | CAROL M |
| 10134148901 | THEOPHILOS | CELESTE |
| 10136573101 | TREDOR | SOPHIE |
| 10139311801 | VECHEY | LINDA |
| 10147183001 | WOLTERS | RON |

# Exhibit B

**KCC Class Action Services**
**Tait v. BSH Home Appliances Corporation**
**Objection Report**

**Count**
   5

| ClaimID | Last Name | First Name |
|---|---|---|
| 60005921101 | AMEEN | BOBBY |
| 10069264301 | KERR | ROGER |
| 900044701 | MCLAUGHLIN | JOSEPH |
| 20011990401 | MOORE | CHARLES |
| 10116421001 | RUDY | MARY & JEFFREY |