# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| FOR COURT USE ONLY |
|---|
| DUE DATE: |

### TRANSCRIPT DESIGNATION AND ORDERING FORM

| 1. NAME: Scott A. Kron, Esq. | 2. PHONE NUMBER (949) 367-0520 | 3. DATE Sep 10, 2015 |
|---|---|---|

| 4. FIRM NAME: Kron & Card LLP | 5. E-MAIL ADDRESS: scott@kronandcard.com |
|---|---|

| 6. MAILING ADDRESS 23421 S. Pointe Dr., Suite 280 | 7. CITY Laguna Hills | 8. STATE CA | 9. ZIP CODE 92653 |
|---|---|---|---|

| 10. CASE NUMBER SACV 10-0711-DOX (ANx) | 11. CASE NAME Diana Tait, et al. v. BSH Home Appliances Corporation | 12. JUDGE David O. Carter |
|---|---|---|

| 13. APPEAL CASE NUMBER 15-56289 | 14. ORDER FOR: [✓] APPEAL  [ ] NON-APPEAL  [ ] CRIMINAL JUSTICE ACT  [ ] IN FORMA PAUPERIS  [ ] AUSA  [ ] FPD  [ ] OTHER _____ |
|---|---|

15. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| Jun 8, 2015 | CourtSmart | [ ] VOIR DIRE  [ ] OPENING STATEMENTS  [ ] SETTLEMENT INSTRUCTIONS  [ ] CLOSING ARGUMENTS  [ ] JURY INSTRUCTIONS  [ ] PRE-TRIAL PROCEEDINGS  [✓] OTHER (PLEASE SPECIFY): Hearing on Motion for Final Approval |
|  |  | [ ] VOIR DIRE  [ ] OPENING STATEMENTS  [ ] SETTLEMENT INSTRUCTIONS  [ ] CLOSING ARGUMENTS  [ ] JURY INSTRUCTIONS  [ ] PRE-TRIAL PROCEEDINGS  [ ] OTHER (PLEASE SPECIFY): |
|  |  | [ ] VOIR DIRE  [ ] OPENING STATEMENTS  [ ] SETTLEMENT INSTRUCTIONS  [ ] CLOSING ARGUMENTS  [ ] JURY INSTRUCTIONS  [ ] PRE-TRIAL PROCEEDINGS  [ ] OTHER (PLEASE SPECIFY): |
|  |  | [ ] VOIR DIRE  [ ] OPENING STATEMENTS  [ ] SETTLEMENT INSTRUCTIONS  [ ] CLOSING ARGUMENTS  [ ] JURY INSTRUCTIONS  [ ] PRE-TRIAL PROCEEDINGS  [ ] OTHER (PLEASE SPECIFY): |
|  |  | [ ] VOIR DIRE  [ ] OPENING STATEMENTS  [ ] SETTLEMENT INSTRUCTIONS  [ ] CLOSING ARGUMENTS  [ ] JURY INSTRUCTIONS  [ ] PRE-TRIAL PROCEEDINGS  [ ] OTHER (PLEASE SPECIFY): |

16. ORDER: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | [✓] | PAPER COPY | [ ] |
| 14 DAYS | [ ] | PDF FORMAT | [✓] |
| 7 DAYS | [ ] | ASCII FORMAT | [ ] |
| DAILY | [ ] | OTHER | [ ] |
| HOURLY | [ ] | FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY | |
| REAL TIME | [ ] | | |

**(CERTIFICATION 17 & 18)**
By signing the below, I certify that I will pay all charges (deposit plus additional).

17. DATE: Sep 10, 2015

18. SIGNATURE: /S/ Scott A. Kron

19. Transcription agency for digitally recorded proceedings: CourtSmart

20. Month: _____ Day: _____ Year: _____
Transcript payment arrangements were made with:

NAME OF OFFICIAL: _____
Payment of estimated transcript fees were sent on the following date:
Month: _____ Day: _____ Year: _____

G-120 (09/12)

SCOTT A. KRON, ESQ.    [State Bar No. 237769]
scott@kronandcard.com
ANNE L. CARD, ESQ.    [State Bar No. 273435]
anne@kronandcard.com
KRON & CARD LLP
A Limited Liability Partnership
23421 S. Pointe Dr., Ste. 280
Laguna Hills, CA 92653-1556
Telephone:   (949) 367-0520
Facsimile:    (949) 613-8472

Attorney for Class Member/Objector
Bobby Ameen

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DIANA TAIT, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BSH HOME APPLIANCES CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No.: 8:10-cv-00711-DOC-AN<br><br>**CERTIFICATE OF SERVICE** |

-1-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### **CERTIFICATE OF SERVICE**

I hereby certify that September 10, 2015, I caused the foregoing Transcript Designation and Ordering Form to be filed with the Clerk of the Court and to be served upon all counsel of record in this action using the United States District Court for the Central District of California Electronic Case Filing ("ECF") System.

The document is available for reviewing and downloading from the ECF System.

/s/ Scott A. Kron
Scott A. Kron, Esq.

**CERTIFICATE OF SERVICE**
**Case No. 8:10-cv-00711-DOC-AN**